PROSKAUER ROSE LLP
*Attorneys for Plaintiff*
*Aruba Hotel Enterprises N.V.*
Richard M. Goldstein
Michael T. Mervis
Stacy L. Ceslowitz
Patrick J. Dempsey
1585 Broadway
New York, New York  10036
(212) 969-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
ARUBA HOTEL ENTERPRISES N.V.,        :
                                     :
                        Plaintiff,   :
                                     :
         v.                          :
                                     :
MICHAEL BELFONTI, BELFONTI HOLDINGS  :   07 Civ. 7564 (PAC)(HBP)
LLC, and BELFONTI CAPITAL PARTNERS, LLC, :
                                     :
                        Defendants.  :
                                     :
------------------------------------ X

### RULE 7.1 STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, the undersigned counsel for Aruba Hotel Enterprises N.V. certifies that its parent corporation is AHE Holding N.V., and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       August 24, 2007

                                        PROSKAUER ROSE LLP

                                        By: _____
                                            Richard M. Goldstein
                                            Michael T. Mervis
                                            Stacy L. Ceslowitz
                                            Patrick J. Dempsey
                                        1585 Broadway
                                        New York, New York  10036
                                        (212) 969-3000
                                        *Attorneys for Aruba Hotel Enterprises N.V.*