PROSKAUER ROSE LLP
*Attorneys for Plaintiff*
*Aruba Hotel Enterprises N.V.*
Richard M. Goldstein
Michael T. Mervis
Stacy L. Ceslowitz
Patrick J. Dempsey
1585 Broadway
New York, New York 10036
(212) 969-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
ARUBA HOTEL ENTERPRISES N.V.,       :
                                     :
                Plaintiff,           :          **CERTIFICATE OF SERVICE**
                                     :
        v.                           :
                                     :
MICHAEL BELFONTI, BELFONTI HOLDINGS  :          07 Civ. 7564 (PAC)(HBP)
LLC, and BELFONTI CAPITAL PARTNERS,  :
LLC,                                 :
                                     :
                Defendants.          :
------------------------------------ X

I HEREBY CERTIFY that, by the agreement of counsel, service of the Summons and Complaint in the above-captioned action, as well as the Court's Rules and Procedures applicable to the above-captioned action, was made upon the defendants by service upon their counsel:

Michael S. Kim
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
Direct tel: 212.488.1201
Direct fax: 212.488.1221
www.kobrekim.com

Service was made by electronic mail and deemed complete on September 5, 2007.

Dated:    New York, New York
          September 5, 2007

                                                      /s/ Stacy L. Ceslowitz
                                                      Stacy L. Ceslowitz