UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
ARUBA HOTEL ENTERPRISES N.V.,           :

       Plaintiff,                                      :

  -against-                                                :  CIVIL ACTION NO.: 07 CV 7564 (PAC)

MICHAEL BELFONTI, BELFONTI                :
HOLDINGS LLC, and BELFONTI CAPITAL
PARTNERS, LLC,                                        :

       Defendants.                                  :  **STIPULATION AND ORDER**

                                                             :

------------------------------------------------ X

    WHEREAS, on or about August 24, 2007, Plaintiff filed its Complaint in the above-referenced action; and

    WHEREAS, the named Defendants identified as parties to this Stipulation have waived service of process, and will appear in this action through their respective attorneys of record; and

    WHEREAS, on or about October 3, 2007, the Court granted Defendants an extension of the time to respond to the Complaint to October 25, 2007; and

    WHEREAS, Plaintiff has agreed to further extend the time for Defendants to respond to the Complaint; and

    WHEREAS, this is the Parties' second request for an extension of time.

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiff and counsel for the undersigned Defendants, subject to the approval of the Court, that:

1. Defendants shall serve and file their responsive pleadings to the Complaint on or before November 5, 2007.

2. This Stipulation is made without prejudice to the parties' ability to seek further extensions of time, or any other relief, and all parties specifically reserve all procedural and substantive rights they have or would have absent the extension.

3. Neither the existence of this Stipulation, nor the provisions contained herein, shall be deemed a presumption, concession or admission by any of the Parties, and shall not be interpreted, construed, deemed, invoked, offered or received in evidence or otherwise used by any person in any action or proceeding in any jurisdiction.

IT IS SO STIPULATED.

Dated: October 23, 2007

KOBRE & KIM LLP

By: *[signature]*
Michael S. Kim (MK-0308)
Jonathan D. Cogan (JC-4474)
Francisco J. Navarro (FN-1874)
800 Third Avenue
New York, New York 10017
Tel: (212) 488-1200
Fax: (212) 488-1220

*Counsel for Defendants Michael Belfonti, Belfonti Holdings LLC, and Belfonti Capital Partners, LLC.*

Dated: October 23, 2007

PROSKAUER ROSE LLP

By: *[signature]* / FJN by consent.
Michael T. Mervis (MM-0306)
1585 Broadway
New York, New York 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Counsel for Plaintiff.*

SO ORDERED this 24th day of October, 2007.

*[signature]*
Hon. Paul A. Crotty
United States District Judge