UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARUBA HOTEL ENTERPRISES N.V., <br><br> Plaintiff <br><br> - v - <br><br> MICHAEL BELFONTI, BELFONTI HOLDINGS LLC, and BELFONTI CAPITAL PARTNERS, LLC, <br><br> Defendants | 07 Civ. 7564 (PAC) (HBP) <br><br><br><br> RULE 7.1 STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Belfonti Capital Partners, LLC certifies based on information and belief that it is owned 75% by Belfonti Holdings LLC and 25% by Aligned Capital Holdings LLC, and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
November 5, 2007

                                                  Respectfully submitted,

                                                  KOBRE & KIM LLP

                                                  Michael S. Kim (MK-0308)
                                                  Jonathan D. Cogan (JC-4474)
                                                  Francisco J. Navarro (FN-1874)
                                                  800 Third Avenue
                                                  New York, New York 10022
                                                  Tel 212.488.1200
                                                  Fax 212.488.1220

                                                  *Counsel for Defendant*
                                                  *Belfonti Capital Partners, LLC*