UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARUBA HOTEL ENTERPRISES N.V.,<br><br>                                    Plaintiff<br><br>- v -<br><br>MICHAEL BELFONTI, BELFONTI HOLDINGS LLC, and BELFONTI CAPITAL PARTNERS, LLC,<br><br>                                    Defendants | 07 Civ. 7564 (PAC) (HBP)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Belfonti Holdings LLC certifies based on information and belief that it does not have a parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       November 5, 2007

Respectfully submitted,

KOBRE & KIM LLP

_____
Michael S. Kim (MK-0308)
Jonathan D. Cogan (JC-4474)
Francisco J. Navarro (FN-1874)
800 Third Avenue
New York, New York 10022
Tel 212.488.1200
Fax 212.488.1220

*Counsel for Defendant*
*Belfonti Holdings LLC*