**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

Stacy L. Ceslowitz
Attorney at Law

Direct Dial 212.969.3321
sceslowitz@proskauer.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 9 2007
```

November 16, 2007

**Via Electronic Mail**
The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 735
New York, NY 10007

Re: <u>Aruba Hotel Enterprises, N.V. v. Michael Belfonti, et al.</u>,
    07 Civ. 7564 (PAC)

Dear Judge Crotty:

We represent plaintiff Aruba Hotel Enterprises, N.V. ("AHE") in the above-referenced matter. AHE hereby requests an adjournment of the initial pretrial conference presently scheduled for November 20, 2007 at 2:30 p.m. There have been no previous requests for adjournment.

Counsel for the defendants consent to the adjournment. The parties propose December 7, 2007 for the initial pretrial conference. Alternatively, the parties propose December 3 or December 6 in the morning.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Stacy L. Ceslowitz*

Stacy L. Ceslowitz

cc: Francisco Navarro, Esq.

**MEMO ENDORSED**

Application GRANTED. The conference is adjourned to 12/6/07 at 10:45 am in Courtroom 9-A.

SO ORDERED: 11/19/07

*/s/ Paul A. Crotty*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE