UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

ARUBA HOTEL ENTERPRISES N.V.,                  :

        Plaintiff,                                   :

    -against-                                        :     **CIVIL ACTION NO.**: 07 CV 7564 (PAC)

MICHAEL BELFONTI, BELFONTI                     :
HOLDINGS LLC, and BELFONTI CAPITAL
PARTNERS, LLC,                                 :     **ORAL ARGUMENT REQUESTED**

        Defendants.                                  :

                                       :

------------------------------------- X

## <u>NOTICE OF MOTION TO DISMISS THE COMPLAINT</u><br><u>BY DEFENDANTS MICHAEL BELFONTI, BELFONTI HOLDINGS LLC</u><br><u>AND BELFONTI CAPITAL PARTNERS LLC</u>

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the

Affidavit of Allan F. Kuster, and upon all prior pleadings and proceedings herein,

Defendants Michael Belfonti, Belfonti Holdings LLC and Belfonti Capital Partners LLC,

by and through their undersigned counsel, Kobre & Kim LLP, respectfully move this

Court, before the Honorable Paul A. Crotty, United States District Judge, at the United

States District Court, Southern District of New York, 500 Pearl Street, New York, New

York, on such day and at such time designated by the Court for an order (a) dismissing

this action for lack of subject matter jurisdiction, or, alternatively, on grounds of *forum*

*non conveniens*; and (b) granting such other relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that unless otherwise ordered by the Court,

papers in opposition to this motion shall be served by January 2, 2008 and reply papers

shall be served by January 9, 2008.

Dated: December 20, 2007
        New York, New York

                                        Respectfully submitted,

                                        KOBRE & KIM LLP


                                          /s/  Michael S. Kim_
                                        Michael S. Kim (MK-0308)
                                        Jonathan D. Cogan (JC-4474)
                                        Francisco J. Navarro (FN-1874)
                                        800 Third Avenue
                                        New York, New York 10022
                                        Tel 212.488.1200
                                        Fax 212.488.1220

                                        *Counsel for Defendants
                                        Michael Belfonti, Belfonti Holdings
                                        LLC, and Belfonti Capital Partners,
                                        LLC.*