UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ARUBA HOTEL ENTERPRISES N.V.,

    Plaintiff,

-against-

MICHAEL BELFONTI, BELFONTI
HOLDINGS LLC, and BELFONTI CAPITAL
PARTNERS, LLC,

    Defendants.

CIVIL ACTION NO.: 07 CV 7564 (PAC)

**ORAL ARGUMENT REQUESTED**

------------------------------------- x

## Certificate of Service

This is to certify that on December 20, 2007, copies of (1) Defendants Michael Belfonti, Belfonti Holdings LLC, and Belfonti Capital Partners, LLC's Motion to Dismiss the Declaratory Judgment Complaint (2) the Memorandum of Law in Support of the Motion to Dismiss and (3) the Affidavit of Allan F. Kuster in Support of the Motion to Dismiss were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

Christen M. Martosella

Copies to:

Richard M. Goldstein
Michael T. Mervis
Stacy L. Ceslowitz
Patrick J. Dempsey
Proskauer Rose LLP
1585 Broadway
New York, NY 10036