PROSKAUER ROSE LLP
*Attorneys for Plaintiff*
*Aruba Hotel Enterprises N.V.*
Richard M. Goldstein
Michael T. Mervis
Stacy L. Ceslowitz
Patrick J. Dempsey
1585 Broadway
New York, New York 10036
(212) 969-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| ARUBA HOTEL ENTERPRISES N.V., | : |
| Plaintiff, | : |
| v. | : **CERTIFICATE OF SERVICE** |
| MICHAEL BELFONTI, BELFONTI HOLDINGS LLC, and BELFONTI CAPITAL PARTNERS, LLC, | : 07 Civ. 7564 (PAC)(HBP) |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

I HEREBY CERTIFY that on January 2, 2008, Aruba Hotel Enterprises N.V. ("AHE") electronically filed copies of (1) Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Complaint; and (2) Declaration of Michael T. Mervis, with exhibits thereto. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

Dated:   New York, New York
         January 2, 2008

                                             _____/s/_____
                                             Stacy L. Ceslowitz