@CROTTY, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ARUBA HOTEL ENTERPRISES N.V.,

              Plaintiff,

    v.

MICHAEL BELFONTI, BELFONTI HOLDINGS
LLC, and BELFONTI CAPITAL PARTNERS,
LLC,

             Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 3 2008
```

**STIPULATION TO FILE
AMENDED COMPLAINT**

1:07 Civ. 07564 (PAC)

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, that Plaintiff Aruba Hotel Enterprises N.V. may file the Amended Proposed Complaint ~~annexed hereto as Exhibit A.~~

Dated: April 23, 2008

By: _____
Richard M. Goldstein
Michael T. Mervis
Eric H. Blinderman
Patrick J. Dempsey
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
(212) 969-3000
*Attorneys for Plaintiff
Aruba Hotel Enterprises N.V.*

By: Francisco J. Navarro /PJD
Michael S. Kim
Jonathan D. Cogan
Francisco J. Navarro
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022
(212) 488-1200
*Attorneys for Defendants
Michael Belfonti, Belfonti Holdings LLC,
and Belfonti Capital Partners, LLC.*

SO ORDERED: APR 2 3 2008

_____
Hon. Paul A. Crotty, U.S.D.J.