CROTTY/J

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 3 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
ARUBA HOTEL ENTERPRISES N.V.,          :

      Plaintiff,                            :

  -against-                                 :   CIVIL ACTION NO.: 07 CV 7564 (PAC)

MICHAEL BELFONTI, BELFONTI            :
HOLDINGS LLC, and BELFONTI CAPITAL
PARTNERS, LLC,                         :

      Defendants.                           :   **STIPULATION AND ORDER**

                                                 :
---------------------------------------- X

      WHEREAS, on or about April 23, 2008, Plaintiff filed its Amended Complaint in the above-referenced action; and

      WHEREAS, the named Defendants identified as parties to this Stipulation have waived service of process, and will appear in this action through their respective attorneys of record; and

      WHEREAS, Plaintiff has agreed to extend the time for Defendants to respond to the Amended Complaint; and

      WHEREAS, this is the Parties' first request for an extension of time to respond to the Amended Complaint.

      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiff and counsel for the undersigned Defendants, subject to the approval of the Court, that:

1. Defendants shall serve and file their responsive pleadings to the Amended Complaint on or before May 22, 2008.

2. This Stipulation is made without prejudice to the parties' ability to seek further extensions of time, or any other relief, and all parties specifically reserve all procedural and substantive rights they have or would have absent the extension.

3. Neither the existence of this Stipulation, nor the provisions contained herein, shall be deemed a presumption, concession or admission by any of the Parties, and shall not be interpreted, construed, deemed, invoked, offered or received in evidence or otherwise used by any person in any action or proceeding in any jurisdiction.

IT IS SO STIPULATED.

Dated: May 8, 2008

KOBRE & KIM LLP

By: _____ /BJG
Francisco J. Navarro (FN-1874)
800 Third Avenue
New York, New York 10017
Tel: (212) 488-1200
Fax: (212) 488-1220

*Counsel for Defendants Michael Belfonti, Belfonti Holdings LLC, and Belfonti Capital Partners, LLC.*

Dated: May 8, 2008

PROSKAUER ROSE LLP

By: _____ /BJG
Michael T. Mervis (MM-0306)
1585 Broadway
New York, New York 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Counsel for Plaintiff.*

SO ORDERED this 13th day of May, 2008.

_____
Hon. Paul A. Crotty
United States District Judge