Crotty, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
ARUBA HOTEL ENTERPRISES N.V.,

      Plaintiff,

-against-

MICHAEL BELFONTI, BELFONTI
HOLDINGS LLC, and BELFONTI CAPITAL
PARTNERS, LLC,

      Defendants.
------------------------------------- X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 3 2008

CIVIL ACTION NO.: 07 CV 7564 (PAC)

**STIPULATION AND ORDER**

    WHEREAS, pursuant to the April 16, 2008 Civil Case Management Plan and Scheduling Order in the above-referenced action, the deadline for a motion to amend or to join additional parties is set for May 12, 2008; and

    WHEREAS, the parties have agreed to extend the time to make a motion to amend or to join additional parties; and

    WHEREAS, this is the Parties' first request for an extension of time to make a motion to amend or to join additional parties.

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiff and counsel for the undersigned Defendants, subject to the approval of the Court, that:

    1.    The parties' time to make a motion to amend or to join additional parties shall be extended to May 26, 2008.

2. This Stipulation is made without prejudice to the parties' ability to seek further extensions of time, or any other relief, and all parties specifically reserve all procedural and substantive rights they have or would have absent the extension.

3. Neither the existence of this Stipulation, nor the provisions contained herein, shall be deemed a presumption, concession or admission by any of the parties, and shall not be interpreted, construed, deemed, invoked, offered or received in evidence or otherwise used by any person in any action or proceeding in any jurisdiction.

IT IS SO STIPULATED.

Dated: May 12, 2008

KOBRE & KIM LLP

By: _/s/ Francisco Navarro/cmm_
Francisco J. Navarro (FN-1874)
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Fax: (212) 488-1220

*Counsel for Defendants Michael Belfonti, Belfonti Holdings LLC, and Belfonti Capital Partners, LLC.*

Dated: May 12, 2008

PROSKAUER ROSE LLP

By: _/s/ Michael Mervis/cmm._
Michael T. Mervis (MM-0306)
1585 Broadway
New York, New York 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Counsel for Plaintiff.*

SO ORDERED this ___ day of May_____, 2008.

_/s/ Paul A. Crotty_
Hon. Paul A. Crotty
United States District Judge