```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 7 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
ARUBA HOTEL ENTERPRISES N.V.,       :

      Plaintiff,                  :

  -against-                          :   CIVIL ACTION NO.: 07 CV 7564 (PAC)

MICHAEL BELFONTI, BELFONTI         :
HOLDINGS LLC, and BELFONTI CAPITAL
PARTNERS, LLC,                      :

      Defendants.                :   **STIPULATION AND ORDER**

                                  :
------------------------------------- X

    WHEREAS, pursuant to the April 16, 2008 Civil Case Management Plan and Scheduling Order in the above-referenced action, the deadline for a motion to amend or to join additional parties was set for May 12, 2008; and

    WHEREAS, on or about May 13, 2008, the Court extended the parties' time to make a motion to amend or to join additional parties to May 26, 2008; and

    WHEREAS, the parties have agreed to further extend the time to make a motion to amend or to join additional parties; and

    WHEREAS, this is the Parties' second request for an extension of time to make a motion to amend or to join additional parties.

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiff and counsel for the undersigned Defendants, subject to the approval of the Court, that:

1. The parties' time to make a motion to amend or to join additional parties shall be extended to June 6, 2008.

2. This Stipulation is made without prejudice to the parties' ability to seek further extensions of time, or any other relief, and all parties specifically reserve all procedural and substantive rights they have or would have absent the extension.

3. Neither the existence of this Stipulation, nor the provisions contained herein, shall be deemed a presumption, concession or admission by any of the Parties, and shall not be interpreted, construed, deemed, invoked, offered or received in evidence or otherwise used by any person in any action or proceeding in any jurisdiction.

IT IS SO STIPULATED.

Dated: May 27, 2008                KOBRE & KIM LLP

                                   By: /s/ Francisco J. Navarro /cmm
                                   Francisco J. Navarro (FN-1874)
                                   800 Third Avenue
                                   New York, New York 10022
                                   Tel: (212) 488-1200
                                   Fax: (212) 488-1220

                                   *Counsel for Defendants Michael Belfonti, Belfonti
                                   Holdings LLC, and Belfonti Capital Partners, LLC.*

Dated: May 27, 2008                PROSKAUER ROSE LLP

                                   By: /s/ Michael Mervis /cmm
                                   Michael T. Mervis (MM-0306)
                                   1585 Broadway
                                   New York, New York 10036
                                   Tel: (212) 969-3000
                                   Fax: (212) 969-2900

                                   *Counsel for Plaintiff.*

SO ORDERED this 27th day of May, 2008.

_____
Hon. Paul A. Crotty
United States District Judge

3