Crotty, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
ARUBA HOTEL ENTERPRISES N.V.,          :

    Plaintiff,                     :

  -against-                             :   CIVIL ACTION NO.: 07 CV 7564 (PAC)

MICHAEL BELFONTI, BELFONTI            :
HOLDINGS LLC, and BELFONTI CAPITAL    :
PARTNERS, LLC,                        :

    Defendants.                    :   **STIPULATION AND ORDER**

                                           :
------------------------------ X

[USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: JUN 20 2008]

WHEREAS, on or about April 23, 2008, Plaintiff filed its Amended Complaint in the above-referenced action; and

WHEREAS, the named Defendants identified as parties to this Stipulation have waived service of process, and will appear in this action through their respective attorneys of record; and

WHEREAS, on or about May 13, 2008, the Court granted Defendants an extension of the time to respond to the Complaint to May 22, 2008; and

WHEREAS, on or about May 27, 2008, the Court granted Defendants an extension of the time to respond to the Complaint to June 6, 2008; and

WHEREAS, on or about June 9, 2008, the Court granted Defendants an extension of the time to respond to the Complaint to June 20, 2008; and

WHEREAS, Plaintiff has agreed to further extend the time for Defendants to respond to the Amended Complaint; and

WHEREAS, this is the Parties' fourth request for an extension of time to respond to the Amended Complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiff and counsel for the undersigned Defendants, subject to the approval of the Court, that:

1. Defendants shall serve and file their responsive pleadings to the Amended Complaint on or before June 27, 2008.

2. This Stipulation is made without prejudice to the parties' ability to seek further extensions of time, or any other relief, and all parties specifically reserve all procedural and substantive rights they have or would have absent the extension.

3. Neither the existence of this Stipulation, nor the provisions contained herein, shall be deemed a presumption, concession or admission by any of the Parties, and shall not be interpreted, construed, deemed, invoked, offered or received in evidence or otherwise used by any person in any action or proceeding in any jurisdiction.

IT IS SO STIPULATED.

Dated: June 19, 2008                KOBRE & KIM LLP

By: /s/ Michael Kim (EB)
Michael S. Kim (MK-0308)
Matthew I. Menchel (MM-0675)
Jonathan D. Cogan (JC-4474)
Francisco J. Navarro (FN-1874)
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Fax: (212) 488-1220

*Counsel for Defendants Michael Belfonti, Belfonti Holdings LLC, and Belfonti Capital Partners, LLC.*

Dated: June 19, 2008                PROSKAUER ROSE LLP

By: /s/
Richard M. Goldstein
Michael T. Mervis (MM-0306)
Eric H. Blinderman
Patrick J. Dempsey
1585 Broadway
New York, New York 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Counsel for Plaintiff.*

SO ORDERED this 20th day of June, 2008.

/s/ Paul A. Crotty
Hon. Paul A. Crotty
United States District Judge