**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
CHICAGO
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

Eric H. Blinderman
International Litigation Counsel

Direct Dial 212.969.3822
eblinderman@proskauer.com

July 9, 2008

**VIA ELECTRONIC MAIL**

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 735
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 10 2008

Re: <u>Aruba Hotel Enterprises, N.V. v. Michael Belfonti, et al.</u>, 07 Civ. 07564 (PAC)

Dear Judge Crotty:

We write, pursuant to instructions received from your Courtroom Deputy, to request guidance on a procedural matter in the above referenced case. On June 26, 2008, I caused Plaintiff to file its Second Amended Complaint with the Court and to serve it on our adversaries.

Unfortunately, I inadvertently failed to attach the accompanying Exhibits A and B—which were previously attached to the original and First Amended Complaint and which all parties and the Court have in their possession. When I telephoned the Southern District Clerk's office to explain my error, that office explained that we could file hard copies of the Exhibits (which the clerk would then attach to our Second Amended Complaint) so long as we received permission from Your Honor.

To that end, I am writing to request the Court's permission to file our missing Exhibits. I of course do not wish to trouble the Court with such minor matters, but given the advice I received from the Clerk's office it appears that the Court's permission to file our missing Exhibits is required. I apologize greatly for inconveniencing you with this and very much appreciate your assistance in this matter.

Sincerely yours,

Eric H. Blinderman

cc: Francisco J. Navarro, Esq.

**MEMO ENDORSED**

SO ORDERED: JUL 10 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE