BOCA RATON
BOSTON
CHICAGO
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

# PROSKAUER ROSE LLP

**Michael T. Mervis**
Member of the Firm

Direct Dial 212.969.3565
mmervis@proskauer.com

*(vertical left margin)* **MEMO ENDORSED**

*(vertical right margin)* **MEMO ENDORSED**

July 18, 2008

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** JUL 1 8 2008

**Via Electronic Mail**

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 735
New York, NY 10007

Re:    Aruba Hotel Enterprises N.V. v. Michael Belfonti, et al., 07 Civ. 07564 (PAC)

Dear Judge Crotty:

We represent plaintiff, Aruba Hotel Enterprises, N.V. ("AHE"), in the above-referenced action. We submit this letter, with the agreement of counsel for Defendants, regarding the briefing schedule for AHE's contemplated motion for summary judgment.

So as to alleviate a scheduling conflict, and with Your Honor's permission, we ask that each of the dates in the current briefing schedule, set at the case management conference on July 8, 2008, be extended by one week, as follows:

- AHE to file its motion by July 25, 2008
- Defendants to file their opposition by September 5, 2008
- AHE to file its reply by September 19, 2008

Should the Court have any questions or concerns, we will be happy to address them.

Respectfully submitted,

*(signature)*
Michael T. Mervis

cc:    Francisco J. Navarro

SO ORDERED: JUL 18 2008

*(signature)*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE