PROSKAUER ROSE LLP
*Attorneys for Plaintiff*
*Aruba Hotel Enterprises N.V.*
Richard M. Goldstein
Michael T. Mervis
Eric H. Blinderman
Patrick J. Dempsey
1585 Broadway
New York, New York 10036
(212) 969-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ARUBA HOTEL ENTERPRISES N.V.,           :
                                        :
                    Plaintiff,          :
                                        :     3:07 Civ. 07564 (PAC)
        v.                              :
                                        :     **PLAINTIFF'S**
MICHAEL BELFONTI, BELFONTI HOLDINGS     :     **NOTICE OF MOTION FOR**
LLC, and BELFONTI CAPITAL PARTNERS,     :     **SUMMARY JUDGMENT**
LLC,                                    :
                                        :     **ECF FILING**
                    Defendants.         :
------------------------------------X

    PLEASE TAKE NOTICE that, upon Plaintiff's L. Civ. R. 56.1 Statement of Undisputed Material Facts; its Memorandum of Law in Support of Motion for Summary Judgment; the Declaration of Michael T. Mervis, Esq., and exhibits attached thereto; the Declaration of Joseph Iacono and exhibits attached thereto; and upon all pleadings and prior proceedings in this action, Plaintiff Aruba Hotel Enterprises N.V. will move this Court before the Honorable Paul A. Crotty, at the United States Court House, Southern District of New York, 500 Pearl Street, New York, New York, 10007, at a date and a time to be set by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Plaintiff summary judgment on all of the claims

asserted in Plaintiff's Second Amended Complaint and awarding Plaintiff the relief prayed for therein.

Dated: New York, New York
      July 25, 2008

PROSKAUER ROSE LLP

By: /s/ Patrick Dempsey
Richard M. Goldstein
Michael T. Mervis
Eric H. Blinderman
Patrick J. Dempsey
1585 Broadway
New York, New York  10036
(212) 969-3000

*Attorneys for Plaintiff Aruba Hotel Enterprises N.V.*