# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARUBA HOTEL ENTERPRISES N.V., | : | |
| PLAINTIFF | : | Civil Action No. |
| | : | 3:07 CV 1297 (JCH) |
| v. | : | |
| MICHAEL BELFONTI, | : | |
| MCR PROPERTY MANAGEMENT INC. | : | |
| And CEB IRREVOCABLE TRUST, | : | |
| DEFENDANTS | : | |
| | : | February 25, 2008 |

## STIPULATED ADMISSIONS BY DEFENDANTS MICHAEL BELFONTI, MCR PROPERTY MANAGEMENT, INC. AND CEB IRREVOCABLE TRUST

Defendants Michael Belfonti, MCR Property Management, Inc., and CEB Irrevocable Trust (collectively "Defendants") stipulate that, under Connecticut's choice of law provisions, Connecticut substantive law applies in the above-captioned matter. Further, Defendants stipulate that, under Connecticut substantive law, the transactions at issue in the above-captioned matter are not enforceable loans.

Defendants reserve the right to present arguments to the courts of Aruba involving these same transactions that: (1) under Aruban choice of law provisions, Aruban substantive law should apply; and (2) under Aruban substantive law, these transactions are enforceable loans.

THE DEFENDANT
MICHAEL BELFONTI

By ___/s/_____
Warren L. Holcomb, Esq. CT13127
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460
Tel: (203) 783-1200
Fax: (203) 878-2235
wholcomb@bmdlaw.com

Michael S. Kim
Jonathan D. Cogan
Francisco J. Navarro
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

THE DEFENDANTS
MCR PROPERTY MANAGEMENT, INC.
CEB IRREVOCABLE TRUST

By /s/ David A. Slossberg
David A. Slossberg CT 13116
Allison M. Near CT 27241
Hurwitz, Sagarin, Slossberg & Knuff, LLC
147 N. Broad Street
P.O. Box 112
Milford, CT 06460
Tel: (203) 877-8000
Fax: (203) 878-9800
DSlossberg@hssklaw.com
ANear@hssklaw.com

## Certificate of Service

This is to certify that on February 25, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

David A. Slossberg

Copies to:

Lissa J. Paris, Esq.
Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469

Richard M. Goldstein, Esq.
Michael T. Mervis, Esq.
Stacy L. Ceslowitz, Esq.
Patrick J. Dempsey, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036