# EXHIBIT D



# First American Title Insurance Company of New York

633 Third Avenue • New York, NY 10017

## Final Settlement Statement



**Property:**

| | |
|---|---|
| **File No:** | NCS-183486-NY |
| **Officer:** | Kristin Laurin/GGC |
| **New Loan No:** | |
| **Settlement Date:** | |
| **Disbursement Date:** | 05/03/2006 |
| **Print Date:** | 5/3/2006, 8:05 PM |

**Buyer:** BCP Sunset II Holdings N.V.
**Address:**
**Seller:** Aruba Hotel Enterprises N.V.
**Address:**

| Buyer Charge | Buyer Credit | Charge Description | Seller Charge | Seller Credit |
|---|---|---|---|---|
| | | **Consideration:** | | |
| 190,000,000.00 | | Total Consideration | | |
| | | | | 190,000,000.00 |
| | | **Deposits in Escrow:** | | |
| | 30,000,000.00 | Receipt No. 30206804 on 05/03/2006 by BEAR STEARNS & COMPANIES INC | | |
| | 1,000,000.00 | Receipt No. 30204295 on 09/01/2005 by MAB Investments LLC | | |
| | 1,000,000.00 | Receipt No. 30205354 on 12/12/2005 by MAB INVST LLC | | |
| | 1,500,000.00 | Receipt No. 30206789 on 05/02/2006 by MCR PROPERTY MANAGEMENT | | |
| | 14,386.59 | Receipt No. 30206797 on 05/03/2006 by GenOp - interest | | |
| | | **Adjustments:** | | |
| | 200,000.00 | Wyndham Termination Fee | 200,000.00 | |
| 52,429.42 | | Inventory & Prorations & Adjustments | | 52,429.42 |
| | | **New Loan(s):** | | |
| | | Lender: Wachovia Bank N.A | | |
| | 200,000,000.00 | New Loan Amount   - Wachovia Bank N.A | | |
| 2,611,200.00 | | Wachovia Underwritting fee   - Wachovia Bank N.A | | |
| | | **Title/Escrow Charges to:** | | |
| 92,000.00 | | Endorsement-Non Imputation - First American Title Insurance Company of New York | | |
| 690,000.00 | | International Owner's Policy - First American Title Insurance Company of New York | | |
| 230,000.00 | | International Lender's Policy - First American Title Insurance Company of New York | | |
| 2,500.00 | | Closer Fee - (None) Travel Expenses - First American Title Insurance Company of New York | | |
| | | **Disbursements Paid:** | | |
| 145,000.00 | | Payoff through 5/4/06 to American Express | 37,791,186.77 | |
| | | Legal Fees to Kloes & de Cuba | | |
| 140,747.00 | | Commission to Mark A. Williams | 1,380,000.00 | |
| | | Legal Opinion to Promes VanDoorne | | |

Initials: _____          _____

Page 1 of 3

Continued From Page 1

## *Final Settlement Statement*

Settlement Date:
Print Date:     5/3/2006

File No:  NCS-183486-NY
Officer:  /GGC

| Buyer Charge | Buyer Credit | Charge Description | Seller Charge | Seller Credit |
|---|---|---|---|---|
| 800,000.00 | | Commission to Heritage Estate LLC | | |
| 7,600.00 | | Legal Opinion to Twilight Holdings, LLC | | |
| 131,180.00 | | Services - Transalation to Schaling & Partners | | |
| | | Commission to Robert Farnell | | |
| | | Commission to Alan Singleton | 600,000.00 | |
| | | Commission to Prime Sites USA, LLC | 3,370,662.00 | |
| 302,331.00 | | Commission to Catherine Day Hult, Esq. | 393,338.00 | |
| 11,250.00 | | Service Rendered to Price Waterhouse Coopers | 6,000.00 | |
| 11,600.00 | | Legal Opinions, Confirmation Letters etc. to Notariaat Tjon Ajong | | |
| 36,053.00 | | Legal Fees for amendment corp structures to Notariaat Tjon Ajong | | |
| 55,768.00 | | Legal Fees for Longlease Deed to Notariaat Tjon Ajong | | |
| | | Legal Fees for Mortgage Deed & Pledge Deed to Notariaat Tjon Ajong | | |
| | | Legal Fees for Deed transfer to Gov't to Notariaat Tjon Ajong    POC-S $16,110.00 | | |
| | | Mortgage Deed & Pledge Deed to Notariaat Tjon Ajong    POC-S $3,750.00 | | |
| | | Legal Fees for restructure of Capital AHE to Notariaat Tjon Ajong    POC-S $5,720.00 | | |
| | | Foreign Exchange Tax Re: Amex to Notariaat Tjon Ajong | 496,803.35 | |
| | | Services to Lodging Investment Advisors    POC-B $50,000.00 | | |
| 1,500,000.00 | | Advisory (a) to CSFB | | |
| 1,380,000.00 | | Services to AIG Sovereign Insurance | | |
| | | Legal Services to Sjiem Fat Law    POC-B $150,576.00 | | |
| 134,846.00 | | Legal Services to Sjiem Fat Law | | |
| 1,350,000.00 | | Legal Services to Paul Hastings | | |
| | | Legal Services to Dana Freidman    POC-B $1,020.00 | | |
| 175,892.00 | | Legal Services to Dana Freidman | | |
| 995,000.00 | | Legal Services to Cadwalader | | |
| 25,000.00 | | Legal Services to Robinson Brog | | |
| 200,000.00 | | Legal Services to Proskauer Rose | | |
| 55,000.00 | | Legal Services to Withers Bergman | | |
| 100,000.00 | | Brokerage Services to Ross Cohen Brokerage | | |
| | | Services to IVI Due Diligence    POC-B $13,400.00 | | |
| 10,560.00 | | Casino to Innovation Group    POC-B $21,921.00 | | |
| 2,444.00 | | Survey to Surveying Unlimited | | |
| 15,164.00 | | Survey to Surveying Unlimited | | |
| | | Services to Cresco | | |
| | | Translation to Stronks Translation    POC-B $214.00 | | |
| | | Travel & Expense Reimbursement to BCP    POC-B $28,141.00 | | |
| 46,859.00 | | Travel & Expense Reimbursement to BCP | | |
| 2,175,000.00 | | Carlton Advisory Fee to Wachovia | | |
| 7,500.00 | | Insurance Consultant to Tanebaum-Harber Co., Inc. | | |
| 26,633.00 | | Due Dilligence to Ernst & Young | | |
| 25,858.14 | | Services to Kroll Searches | | |
| 4,265.23 | | Services to Choicepoint Public Searches | | |
| 4,000.00 | | Environmental Report to EMG | | |
| 4,500.00 | | Engineering Report to EMG | | |

Initials: _____

Page 2 of 3

Continued From Page 2

## *Final Settlement Statement*

| Settlement Date: | | | |
|---|---|---|---|
| Print Date: | 5/3/2006 | File No: | NCS-183486-NY |
| | | Officer: | /GGC |

| Buyer Charge | Buyer Credit | Charge Description | Seller Charge | Seller Credit |
|---|---|---|---|---|
| 1,659,900.00 | | Fee to Interest Rate Cap | | |
| 44,080.00 | | Chatham Fees to Interest Rate Cap | | |
| 27,235.74 | | Consulting Services to Situs Realty Services | | |
| 1,304,296.00 | | Insurance Premium to Insurance Premium | | |
| 26,704,367.92 | | Servicer Escrow & Fees to Wachovia Servicer | | |
| 1,230.00 | | Stamp Duty on Deeds to Notariaat Tjon Ajong | | |
| 125.00 | | Bank Cost to Notariaat Tjon Ajong | | |
| | | Stamp Duty on Deeds to Notariaat Tjon Ajong | 220.00 | |
| | | Bank Cost to Notariaat Tjon Ajong        POC $125.00 | | |
| 675.00 | | Environmental Review to Cadwalader | | |
| | | Foreign Exchange Tax to Notariaat Tjon Ajong | 965,226.83 | |
| | | Foreign Exchange Tax to        POC-S $944,020.00 Notariaat Tjon Ajong | | |
| | | **Funds Held:** | | |
| | | Funds Held: Sellers have agreed to escrow $5,000,000.00, for the payment by Sellers of any damages actually incurred by Purchaser resulting from (i) the breach by either Seller of any of their representations or warranties in the Purchase Agreement. | 5,000,000.00 | |
| 788,000.00 | | Funds Held: pursuant to certain agreements between Belfonti, SVO and Lender, Belfonti is required to deposit the following amounts with Title Company in connection with the Release Letter: (the "Termination Escrow Fund") | | |
| | 373,702.86 | Cash From Borrower | | |
| | | **Cash To Seller** | 139,848,992.47 | |
| 234,088,089.45 | 234,088,089.45 | Totals | 190,052,429.42 | 190,052,429.42 |

BUYER(S):                                         SELLER(S):

BCP Sunset II Holdings N.V                        Aruba Hotel Enterprises N.V.

By: _~~~~~~~~~~~~~~                                By: _~~~~~~~~~~~~~~

Name: Michael Belfonti                            Name: Alfonso Rivera

Title:                                            Title:

Initials: _____    _____