# EXHIBIT H

AR 2648/2007

## STATEMENT OF ANSWER

in the case

**ARUBA HOTEL ENTERPRISES N.V.**, defendant, authorized representative R.T.J.M. Oomen, Esq. and R.E. Offringa, Esq.;

versus

**BELFONTI HOLDINGS LLC, BELFONTI CAPITAL PARTNERS LLC, MCR PROPERTY MANAGEMENT INC, CEB IRREVOCABLE TRUST**, plaintiffs, authorized representative J.P. Sjiem Fat, Esq.

-------------------------------------------------------------------------------------------------------------

Defendant claims and moves for statement of answer:

1. Defendant, hereafter to be called "AHE," denies the plaintiffs' statements, to the extent he does not expressly acknowledge this in what follows below.

2. The plaintiffs started a completely unclear procedure against AHE, without any foundation whatsoever. Even the so-called loan agreements referred to, AHE never even received.

3. AHE denies ever having entered into a loan agreement with the plaintiffs, or any one of them, let alone that those are callable now.

4. In addition, AHE emphatically denies that its books might show that it owes any amount of money to the plaintiffs, or any one of them.

5. For the record, AHE denies – and it is not even argued as a cause of action for the claim – having defaulted against the plaintiffs.

6. As proof, AHE offers one of its statements, without being willing to accept any nonobligatory burden of proof.

   MAY IT PLEASE THE COURT to declare the plaintiffs inadmissible in their claim, or to reject their claim with allocated judgment against the plaintiffs to pay for the costs of this procedure.

on behalf of AHE,

R.T.J.M. Oomen

Aruba, docket April 2, 2008