USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 9 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ARUBA HOTEL ENTERPRISES N.V.,          :

               Plaintiff,          :          07 Civ. 7564 (PAC)

    -against-          :          ORDER

MICHAEL BELFONTI, et al.,          :

          Defendants.          :

-------------------------------------------------------x

HONORABLE PAUL A. CROTTY, United States District Judge:

At a conference held in open Court on August 19, 2008, the Court having read

counsels' letters of July 23, July 24, August 4, August 7 and August 18, 2008, and having

heard counsels' arguments on discovery,

ORDERS:

(1)    the deposition of Alcira Croes may be taken at a mutually convenient time

in Aruba;

(2)    the deposition of Petra employees Kornblau and Iacono may be taken for

one half day each, at a mutually convenient time and place, but the deposition

should be promptly scheduled and taken;

(3)    Defendants' request for post-complaint discovery is denied, without

prejudice to its renewal, if the need for such discovery can be demonstrated in the

depositions to be taken; and

(4)    Plaintiff should stipulate concerning the modification in injunctive relief

(see August 18, 2008 letter, fn. 3 at p. 3); and specify the date of the bank loan

renegotiation which made possible the modification in relief sought.

Dated:  New York, New York
        August 19, 2008

                                        SO ORDERED

                                        PAUL A. CROTTY
                                        United States District Judge