USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: SEP 03 2008

# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL 212.488.1200
FAX 212.488.1220
WWW.KOBREKIM.COM

1919 M STREET, NW
WASHINGTON, DC 20036
TEL 202.664.1900
FAX 202.664.1920

1111 BRICKELL AVENUE
MIAMI, FLORIDA 33131
TEL 305.967.6100
FAX 305.967.6120

September 2, 2008

**BY ELECTRONIC MAIL**

The request is denied

SO ORDERED: SEP 03 2008

[signature]

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 735
New York, New York 10007

Re: **Aruba Hotel Enterprises, N.V. v. Belfonti, et al.**
**No. 07 CV 07564 (PAC)**

MEMO ENDORSED

Dear Judge Crotty:

We write on behalf of Defendants Michael Belfonti, Belfonti Holdings LLC, and Belfonti Capital Partners, LLC to request a pre-motion conference in anticipation of filing a motion (on consent of all parties) to seek an additional ten pages to respond to AHE's Motion for Summary Judgment and to address the issues raised by the Court's order of August 29, 2008.

By way of background, Plaintiff AHE filed its motion for summary judgment on July 25, 2008. Defendants' opposition papers are due on September 5, 2008. Pursuant to Rule 3(G) of Your Honor's Individual Practices, Defendant's opposition brief is limited to twenty-five (25) pages. Ordinarily, this would be sufficient for Defendants to set forth their position as to why AHE's motion should be denied. However, on August 22, 2008, Defendants requested a conference with the Court in anticipation of filing separate motions regarding issues that have recently arisen regarding AHE's claims of irreparable harm. On August 29, 2008, the Court ordered that (in lieu of a separate motion), the Defendants could include the offered materials in their response to Plaintiff's request for summary judgment.

In order for Defendants to properly set forth their position on AHE's request for summary judgment and to seek appropriate relief regarding the significant issues raised by AHE's recent disclosure, a further ten (10) pages of briefing is needed. I have spoken to counsel for AHE and he consents to our request for additional pages. Defendants likewise consent to AHE's request for a reasonable extension of its reply brief.

MEMO ENDORSED

Accordingly, Defendants respectfully request a pre-motion conference so that they can pursue their motion for ten extra pages of briefing, or in the alternative, an order granting Defendant's request.

Respectfully submitted,

Francisco J. Navarro

cc: Michael T. Mervis, Esq.