EXHIBIT B

2008 04 29 Final Transcript of Deposition of Belfonti.txt

1

```
1
2       IN THE UNITED SATES DISTRICT COURT
3       DISTRICT OF CONNECTICUT
4       -------------------------------------X
5       ARUBA HOTEL ENTERPRISES N.V.,
6
7                           Plaintiff,
8            v.
9       MICHAEL BELFONTI, MCR PROPERTY
10      MANAGEMENT INC. and CEB
11      IRREVOCABLE TRUST,
12
13                          Defendants.
14      -------------------------------------X
15
16                     April 29, 2008
17                     10:12 a.m.
18
19           Deposition of MICHAEL BELFONTI,
20        held at the offices of Proskauer Rose LLP,
21        New York, New York, pursuant to Notice,
22        before NANCY SORENSEN, a Notary Public of
23        the State of New York.
24
25
```

2

```
1
2       A P P E A R A N C E S:
3           PROSKAUER ROSE LLP
4           Attorneys for Plaintiff
```

Page 1

2008 04 29 Final Transcript of Deposition of Belfonti.txt

1                    M. Belfonti

2        A.     I don't believe so.

3               MR. MERVIS:  Can you mark this,

4        please.

5               (Belfonti Exhibit 1, a loan agreement

6        for the Aruba Hotel Enterprises N.V., marked

7        for identification, as of this date.)

8        Q.    Mr. Belfonti, the reporter's placed

9    in front of you what we have had marked for

10   identification as Belfonti Exhibit 1.

11              Take as much time as you need, but my

12   first question on this is do you recognize the

13   document?

14       A.     Yes.

15       Q.     What is it?

16       A.     It's a loan agreement for the Aruba

17   Hotel Enterprises N.V.

18       Q.     I want you to -- well, unfortunately,

19   I don't have Bates numbers on this, but if you

20   turn to page 103, with the page that has the

21   number 103 on the bottom, and I want you to then

22   turn two more pages, please?

23       A.     Okay.

24       Q.     You see a line that says, "borrower"

25   that's underlined?

                                                  11

1                    M. Belfonti

2        A.     Yes.

3        Q.     There is a signature there.  Is that

4    your signature?

2008 04 29 Final Transcript of Deposition of Belfonti.txt

5          A.    Yes, it is.

6          Q.    Did you sign this loan agreement,

7    Exhibit 1, on behalf of Aruba Hotel Enterprises

8    N.V.?

9          A.    I believe so.

10          Q.    Just to save some paper, I'm going to

11    refer to Aruba Hotel Enterprises N.V. as AHE

12    during the course of this deposition; is that

13    okay with you?

14          A.    That's fine.

15          Q.    At the time that you signed this loan

16    agreement, Belfonti Exhibit 1, what role, if

17    any, did you have with AHE?

18          A.    Could you repeat the question?

19                MR. MERVIS:  Read it back.

20                (The record was read.)

21          A.    At the time of the signing?

22          Q.    Yes.

23          A.    I'd like you to rephrase the

24    question.  I'm sorry.

25          Q.    When you signed this loan agreement,

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

                                              12

1                    M. Belfonti

2    which is dated as of May 3, 2006, between AHE

3    and WIBC Aruba N.V., did you have any role or --

4                MR. MERVIS:  Well, let me withdraw.

5          Q.    Did you have any interest in AHE?

6          A.    After I signed, I believe I did, yes.

7          Q.    Describe for me, if you would, the

2008 04 29 Final Transcript of Deposition of Belfonti.txt

8        nature of the interest that you had?

9            A.    I had a 75 percent ownership interest

10    in the entity.

11            Q.    The entity being AHE?

12            A.    Yes.

13            Q.    That was an indirect interest;

14    correct?

15            A.    Yes.

16            Q.    Through a series of holding

17    companies?

18            A.    Yes.

19            Q.    The other 25 percent, at the time,

20    was held by Mr. Adam Hochfelder; is that right?

21            A.    I don't believe so.

22            Q.    Fair point.  A Hochfelder family

23    trust?

24            A.    Yes, I believe it was Aligned

25    Capital, to my recollection.

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

13

1                    M. Belfonti

2            Q.    Fair enough.

3                    Did you understand that Aligned

4    Capital was beneficially owned by Adam

5    Hochfelder or some trust affiliated with his

6    family?

7            A.    I think it was owned by his father,

8    Jim Hochfelder.  And the beneficiaries of

9    Aligned were his children, I believe.

10            Q.    His, being Adam Hochfelder's

11    children?

2008 04 29 Final Transcript of Deposition of Belfonti.txt

12          A.      Yes.

13          Q.      This agreement memorializes a loan;

14     does it not?

15          A.      Yes.

16          Q.      What, to your understanding, was the

17     purpose of the loan?

18          A.      The loan was made to purchase the

19     Wyndham Resort down in Aruba.

20          Q.      When you say, "to purchase," who was

21     the purchaser?

22          A.      One of our related entities.  It

23     could have been -- I'm not sure.

24          Q.      Fair enough.

25                  When you say, "one of our related

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

14

1                       M. Belfonti

2      entities," is it your understanding that,

3      ultimately, AHE was the, became the owner of the

4      Wyndham?

5           A.      I believe AHE was the owner of the

6      Wyndham before we purchased it.

7           Q.      Fair enough.

8                   So at the time that you obtained a 75

9      percent ownership interest in AHE, AHE owned the

10     Wyndham Resort; is that correct?

11          A.      That is correct.

12          Q.      The name of the resort changed at

13     some point thereafter; is that right?

14          A.      That is correct.

Page 12

2008 04 29 Final Transcript of Deposition of Belfonti.txt

15      Q.    What did it change to?

16      A.    The Aruba Hotel Resort & Casino, I

17 believe.

18      Q.    That was for a period of time;

19 correct?

20      A.    That was an interim name before we

21 flagged it as a Westin.

22      Q.    When it was flagged as a Westin, what

23 was the property called?

24      A.    The Westin Aruba.

25      Q.    Just again, to save paper, I'm going

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

                                                    15

1                      M. Belfonti

2 to generally be referring to that hotel property

3 as "the hotel" during the course of the

4 deposition today, is that okay with you?

5      A.    That's fine.

6      Q.    Were the proceeds of the loan that's

7 memorialized in Belfonti Exhibit 1, used by you

8 in connection with your obtaining an interest in

9 AHE?

10      A.    Yes.

11      Q.    To your knowledge, was it used for

12 any other purpose?

13          MR. MERVIS:  Withdrawn.

14      Q.    To your knowledge, were the proceeds

15 of the loan that's memorialized in Belfonti

16 Exhibit 1, used for any other purpose?

17      A.    No.

18          MR. MERVIS:  Mark this, please.
                      Page 13

2008 04 29 Final Transcript of Deposition of Belfonti.txt

19              (Belfonti Exhibit 2, a mezzanine loan

20          agreement, marked for identification, as of

21          this date.)

22          Q.     Mr. Belfonti, the reporter's placed

23      in front of you what we have had marked for

24      identification as Belfonti Exhibit 2.

25              Again, take as much time as you need,

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017▯

16

1                        M. Belfonti

2      but my first question to you is whether you

3      recognize the document?

4          A.     Maybe could you help me, Mr. Mervis,

5      I'm looking for the amount here?

6          Q.     The amount of the loan?

7          A.     Yeah.

8          Q.     Well, if you look at the first page,

9      there's a whereas clause at the bottom of the

10      page that goes over to the second page.

11              That may help you.

12          A.     I see.  Yes, I recognize the

13      document.  Thank you.

14          Q.     What is it?

15          A.     It is a mezzanine loan agreement.

16          Q.     I want you to turn to, again, I don't

17      have Bates stamps on this.  I want you to turn

18      to page 60 or the page that has number 60 at the

19      bottom?

20              I'd like you to just turn to the next

21      page, the very next page.

2008 04 29 Final Transcript of Deposition of Belfonti.txt

22        You will see a signature on that

23    page?

24        A.   Yes.

25        Q.   Is that your signature?

Elisa Dreier Reporting Corp.   (212) 557-5558
780 Third Avenue, New York, NY 10017

17

1              M. Belfonti

2        A.   It is.

3        Q.   It says on this page that you signed

4    as the president of something called BCP Florin

5    LLC; you see that?

6        A.   Yes, I do.

7        Q.   What, at the time, was BCP Florin

8    LLC?

9        A.   It was an upstream entity from AHE.

10       Q.   So an indirect parent of AHE?

11       A.   I don't know how you would legally

12    phrase it.  But it was an -- all I know, it's an

13    upstream entity.  I don't know if it's a parent,

14    but it's an upstream entity.

15       Q.   Fair enough.

16          You were a 75 percent beneficial

17    owner of BCP Florin, at the time?

18       A.   I was.

19       Q.   To your understanding, what was the

20    purpose of this document, Exhibit 2?

21       A.   This was a loan to BCP Florin from

22    Petra Capital.

23       Q.   Were you represented -- when I say

24    "you," either you or BCP Florin, represented by

25    counsel in connection with this transaction?

2008 04 29 Final Transcript of Deposition of Belfonti.txt

5          Q.     The proceeds of the loan memorialized

6     in Belfonti Exhibit 2 --

7                 MR. MERVIS:  Withdrawn.

8          Q.     To your recollection, was there any

9     restriction or prohibition on what the borrower

10    could do with the proceeds of the loan

11    memorialized in Belfonti Exhibit 2?

12         A.     No.

13         Q.     So for example, if you had wanted to

14    buy a car with that money, you could have done

15    that; right?

16         A.     I don't believe there was any

17    prohibition on what we could do with it.

18         Q.     It didn't have to be used in

19    connection with the hotel; correct?

20         A.     That is correct.

21         Q.     You don't recall how the money was

22    actually used; correct?

23         A.     No.

24         Q.     Are there any records, Mr. Belfonti,

25    that would indicate how the proceeds of the loan

                                              21

1                      M. Belfonti

2     memorialized in Exhibit 2 are used?

3          A.     Sure there are.

4          Q.     Where would those records be today?

5          A.     In my office.

6          Q.     Your office is in Manhattan?

7          A.     Connecticut.

2008 04 29 Final Transcript of Deposition of Belfonti.txt

8          Q.     In Connecticut.  What town is that

9     in?

10          A.     Hamden.

11          Q.     Do you still have an ownership

12     interest in AHE today?

13          A.     I do not.

14          Q.     When did you cease having ownership

15     interest in AHE?

16          A.     I believe it was in April of '07.

17          Q.     Same question with respect to BCP

18     Florin, do you have an ownership interest in

19     that entity today?

20          A.     I don't believe so.

21          Q.     When, to your recollection, did you

22     cease to have an ownership interest in BCP

23     Florin?

24          A.     I believe it was at the same time.

25          Q.     April 2007?

Elisa Dreier Reporting Corp.  (212) 557-5558
     780 Third Avenue, New York, NY 10017

                                                    22

1                         M. Belfonti

2          A.     Yes.

3          Q.     Do you recall how it came to pass

4     that you ceased to have an ownership interest in

5     AHE in April 2007?

6          A.     There was a default under the loan,

7     and when we stopped paying the loan, it

8     automatically, the shares automatically, through

9     some procedure, which I'm not familiar with,

10     vested with the mezz lender.

11          Q.     Let me just make sure that we get

                         Page 19

2008 04 29 Final Transcript of Deposition of Belfonti.txt

12          some clarity on that.

13                   You say there was a default on the

14          loan; which loan?

15               A.    The Wachovia loan.

16               Q.    That is the loan that's memorialized

17          in Belfonti Exhibit 1?

18               A.    Correct.

19               Q.    I think you said that through some

20          procedure, the shares of AHE went to the mezz

21          lender; is that right?

22               A.    That's correct.

23               Q.    The mezz lender being Petra?

24               A.    That is correct.

25               Q.    Same question with respect to BCP

                                                    23

1                          M. Belfonti

2          Florin.

3                   Do you know how it is that you, that

4          you ceased having ownership interest in that

5          entity?

6               A.    Not clearly.

7               Q.    Fair enough.

8                   Are you familiar with a company

9          called MCR Property Management, Inc.?

10              A.    I am.

11              Q.    Again, to save paper, I'm going to

12          refer to that entity in this deposition as MCR;

13          is that okay with you?

14              A.    Sure.

2008 04 29 Final Transcript of Deposition of Belfonti.txt

19          Q.    I want to draw your attention to the

20     first entry on the chart, the top entry on the

21     chart?

22                What, to your understanding -- this

23     is the one that has, it's on the left-hand

24     column.  It has the date May 3, 2006; you see

25     that?

Elisa Dreier Reporting Corp.  (212) 557-5558
       780 Third Avenue, New York, NY 10017

                                                    70

1                           M. Belfonti

2          A.    I do.

3          Q.    What, to your understanding, does

4     that entry represent?

5          A.    The 4 million 873 and change are

6     monies that Belfonti Capital Partners advanced

7     as a loan in order to close the transaction with

8     AHE.

9          Q.    To what entity or entities were those

10     monies advanced as a loan?

11         A.    Various entities, but I'm not sure

12     which ones.

13                MR. KIM:  Did you say to or from?

14                MR. MERVIS:  I don't know.

15                Can you read the question back.

16                (The record was read.)

17                MR. MERVIS:  Let me restate it

18     because it wasn't so clear.

19         Q.    To which entities -- who were the

20     borrowers or who was the borrower or borrowers

21     of those, of the alleged loan?

Page 62

2008 04 29 Final Transcript of Deposition of Belfonti.txt

22          A.     AHE.

23          Q.     Who, on behalf of BCP, decided to

24    make the loan?

25          A.     I did.

Elisa Dreier Reporting Corp.   (212) 557-5558
780 Third Avenue, New York, NY 10017

71

1                          M. Belfonti

2          Q.     Who, on behalf of AHE, decided to

3    accept the loan?

4          A.     I did.

5          Q.     Was there any, to your knowledge, was

6    there any negotiation about the terms of this

7    alleged loan?

8          A.     No.

9          Q.     Were there terms for this alleged

10   loan?

11          A.     Just that it had to be paid back and

12   it would incur an interest rate.

13          Q.     Let me probe on that.

14                 Was there, with respect to this

15   alleged loan, which we'll call the -- why don't

16   we call this the $4.8 million loan, just as a

17   shorthand; is that okay?

18          A.     Yes.

19          Q.     With respect to the alleged $4.8

20   million loan, was there a payment schedule?

21          A.     No.

22          Q.     Was there a maturity date?

23          A.     No.

24          Q.     Was any, was AHE required to make any

25   interest payments?

Page 63

2008 04 29 Final Transcript of Deposition of Belfonti.txt

Elisa Dreier Reporting Corp.   (212) 557-5558
780 Third Avenue, New York, NY 10017☐

72

1                          M. Belfonti

2          A.    No.

3          Q.    Was there any security for the loan?

4          A.    No.

5          Q.    Were there any restrictions placed on

6     how the proceeds of the alleged $4.8 million

7     loan could be used?

8          A.    No.

9          Q.    Was there any provision as to whether

10    the --

11               MR. MERVIS:  Withdrawn.

12         Q.    Was there any understanding as to

13    whether the $4.8 million alleged loan would be

14    subordinated to any of AHE's debt obligations?

15         A.    That was an understanding.

16         Q.    Who was that understanding between?

17         A.    Both me, as the lender, and me, as

18    the owner of AHE.

19         Q.    What was the understanding?

20         A.    That the first mortgage to Wachovia

21    was most important and had to be paid first.

22    And then the mezzanine loan by Petra would have

23    to be paid also.

24         Q.    Then?

25         A.    That was the most important.

Elisa Dreier Reporting Corp.   (212) 557-5558
780 Third Avenue, New York, NY 10017☐

73

2008 04 29 Final Transcript of Deposition of Belfonti.txt

1                           M. Belfonti

2          Q.    I understand that, but did you form

3     an understanding as to whether, for example,

4     those two loans had to be paid back first,

5     before there'd be repayment of this alleged $4.8

6     million loan?

7          A.    I need the question again.

8                MR. MERVIS:  Go ahead.

9                (The record was read.)

10         A.    I need it again.  Can you break it

11    down, actually?

12         Q.    Yes, I'll try to break it down.

13               Do you understand what it means for

14    debt to be subordinated?

15         A.    Yes.

16         Q.    What's your understanding of that

17    term?

18         A.    That the debt that Wachovia, as an

19    example, would give, would be in first position

20    over anything else.

21         Q.    So with respect to -- so what's your

22    understanding does that mean with respect to any

23    other indebtedness that AHE incurred?

24         A.    I'm having a tough time with the

25    question.

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

74

1                           M. Belfonti

2          Q.    You understood, didn't you, that the,

3     that BCP Florin couldn't repay Petra's loan

4     before AHE paid off Wachovia's loan in full;

Page 65

2008 04 29 Final Transcript of Deposition of Belfonti.txt

1                           M. Belfonti

2      claim were aware or was aware of the alleged

3      $4.8 million loan?

4              A.    Possibly, Mr. Herman.

5              Q.    Who is Mr. Herman?

6              A.    He's the CFO.

7              Q.    Of MCR?

8              A.    MCR.

9              Q.    Provided services to be BCP?

10             A.    Yes.

11             Q.    Where did he work, Mr. Belfonti?

12             A.    In Hamden.

13             Q.    Ever work in New York?

14             A.    No.

15                  MR. MERVIS:  Mark this, please.

16                  (Belfonti Exhibit 7, a financial

17            settlement statement for the Aruba Hotel

18            Enterprises transaction, marked for

19            identification, as of this date.)

20             Q.    Go back to the chart, please, on

21      Exhibit 6?  The far right-hand column, it says,

22      "operating expenses"; do you see that?

23             A.    I do.

24             Q.    Again, you've already testified that

25      everything in here is accurate.

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017□

83

1                           M. Belfonti

2                  What do you mean by operating

3      expenses or what does operating expenses mean?

4              A.    I think that was just an internal

2008 04 29 Final Transcript of Deposition of Belfonti.txt

5    classification.

6         Q.    What was this money used for,

7    Mr. Belfonti?

8         A.    The original deposit of $1 million

9    was the original deposit on the hotel or the

10   purchase AHE, lawyers' fees, accounting fees,

11   second deposit of a million dollars on the

12   hotel, tax opinions, appraisals, points to

13   Wachovia.  All, again, put in by my entities as

14   a loan into the project.

15        Q.    So before we get to this,

16   Mr. Belfonti, before we get to this, just so

17   we're clear, in fact, the alleged $4.8 million

18   BCP loan was not used for operating expenses;

19   correct?

20        A.    I think that's a misclassification.

21        Q.    Do you know whether this chart was

22   attached to the lawsuit that these four entities

23   filed against AHE in Aruba?

24        A.    I don't know.

25        Q.    Do you know if anybody --

                                                         84

1                    M. Belfonti

2              MR. MERVIS:  Withdrawn.

3         Q.    All right, Mr. Belfonti, you've been

4    handed what we have had marked for

5    identification as Exhibit 7.

6              I will ask you to take as much time

7    as you need, but my question is whether you

2008 04 29 Final Transcript of Deposition of Belfonti.txt

22     between a loan and a capital contribution?

23          A.   There is.

24          Q.   What's the difference?

25          A.   Well, usually with a capital

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017☐

89

1                    M. Belfonti

2     contribution, the money that's put in as

3     capital.  You would get something in return for

4     that.  So you would get ownership.

5               None of these loans that were put up

6     resulted in any ownership for the entities that

7     put them up.

8               So if I can look at your chart here,

9     Belfonti Capital Partners LLC, Belfonti Holdings

10    LLC, Belfonti Capital Partners LLC, MCR, the

11    money that came out of my mom's trust, none of

12    those entities had a beneficial interest in AHE.

13    So how could it ever be capital?

14               MR. MERVIS:  This is probably as good

15          a time as ever if you want to break.

16               (Luncheon recess:  12:18 p.m.)

17

18

19

20

21

22

23

24

25

Page 79

2008 04 29 Final Transcript of Deposition of Belfonti.txt

1                        M. Belfonti

2        A.    Sometime in 2007.

3        Q.    What was his, what were his duties

4    and responsibilities while he worked in the

5    New York office?

6        A.    He was responsible mostly for the

7    construction management of the hotel, converting

8    it from a Wyndham to a Westin.

9        Q.    Did he, to your knowledge, work for

10   AHE at any time?

11       A.    No.

12       Q.    Provide any services for AHE?

13             MR. MERVIS:  Withdrawn.  Bad

14       question.

15       Q.    Do you know where he is today?

16       A.    Works for Starwood.

17       Q.    Going back to the chart on the fourth

18   page of Exhibit 6.

19             Directing your attention to the

20   second entry from the top, do you know what --

21   that's the one that starts July 25, 2006.

22             Do you know what transaction is

23   represented by that line?

24       A.    I do.

25       Q.    What transaction is that?

                                                    92

1                        M. Belfonti

2        A.    As part of the Starwood management

3    contract, we had to keep approximately $500,000

4    in the account with them.

                     Page 81

2008 04 29 Final Transcript of Deposition of Belfonti.txt

5          Q.    Let me back up.

6                First of all, who is "we"?

7          A.    I, AHE.

8          Q.    AHE, the entity that you were in

9    control of at the time?

10         A.    Correct.

11         Q.    Starwood, I think you described as

12   the manager of the hotel.

13               What did you mean by that?

14         A.    They were the management company of

15   the hotel.

16         Q.    That was pursuant to an agreement

17   that AHE -- that you, on behalf of AHE, entered

18   into with Starwood?

19         A.    That is correct.

20         Q.    So the figure $499.950 in the chart

21   on page 4 of Exhibit 6, that is money, that's

22   money that was given to Starwood; is that

23   correct?

24         A.    That is correct.

25         Q.    Who, what entity gave that money to

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

93

1                     M. Belfonti

2    Starwood?

3          A.    I'm not sure.

4          Q.    Does the entry in the second line on

5    this chart, on the fourth page of Exhibit 6,

6    represent, in your mind, a loan from Belfonti

7    Holdings to AHE?

2008 04 29 Final Transcript of Deposition of Belfonti.txt

8          A.     Yes.

9          Q.     All right, I think just again for

10    brevity sake, I will refer to this as the

11    alleged $500,000 Belfonti Holdings loan; that

12    okay?

13         A.     Sure.

14         Q.     Who, with Belfonti Holdings, decided

15    to make this loan, the alleged $500,000 loan?

16         A.     It was prompted by a call from

17    Starwood saying that we needed to put money in

18    this working capital account.

19         Q.     Who placed the call from Starwood?

20         A.     I'm not sure.

21         Q.     Who received the call from Starwood?

22         A.     It could have been a call or an

23    e-mail, but I don't recall.

24         Q.     Who received the communication on

25    your side?

Elisa Dreier Reporting Corp.   (212) 557-5558
780 Third Avenue, New York, NY 10017☐

94

1                    M. Belfonti

2          A.     It would be either me or Victoria.

3          Q.     So either you or Victoria -- it came

4     to your attention that Starwood had made a

5     request for $500,000; is that right?

6          A.     That is correct.

7          Q.     In response to that, what did you do?

8          A.     We wired a loan to AHE in the amount

9     of $500,000.

10         Q.     Who is "we"?

11         A.     I.

Page 83

2008 04 29 Final Transcript of Deposition of Belfonti.txt

12        Q.    From what entity did you -- did that

13   money come out of?

14        A.    I'm not sure.  The chart here says

15   Belfonti Holdings, so it's stands to reason

16   that's who loaned the money.

17           Just as a footnote, the 499,950

18   should be 500, but I think there was a $25 or

19   $50 wiring fee, and that's why it only shows

20   499,950.

21        Q.    When you say "it should be 500," what

22   do you mean by the?

23        A.    That's the exact number.  But there

24   was $50 taken off for the wire.

25        Q.    In your mind, Mr. Belfonti, what was

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017▯

95

1                M. Belfonti

2   the amount of the loan to AHE?

3        A.    $499,950.

4        Q.    So you didn't charge AHE for the $25

5   or $50 wire fee; is that your testimony?

6        A.    I guess not.

7        Q.    Who, what individual, on behalf of

8   Belfonti Holdings, agreed to make this loan?

9        A.    I did.

10        Q.    What individual, on behalf of AHE,

11   agreed to accept this loan?

12        A.    I did.

13        Q.    Was there any negotiation concerning

14   the terms of the alleged $500,000 Belfonti

Page 84

2008 04 29 Final Transcript of Deposition of Belfonti.txt

15    Holdings loan?

16        A.    No.

17        Q.    By the way, I may have neglected to

18    ask this.

19            Going back to the $4.8 million

20    alleged BCP loan, was there a due date for the

21    loan?

22            In other words, a date by which it

23    had to be repaid?

24        A.    No.

25        Q.    With respect to the alleged $500,000

96

1                M. Belfonti

2    Belfonti Holdings loan, was there a maturity or

3    due date for that loan?

4        A.    No.

5        Q.    Was there any payment schedule?

6        A.    No.

7         Q.    Was there any requirement that AHE

8    pay interest on the alleged loan?

9        A.    No.

10        Q.    Was any security given by AHE for the

11    alleged loan?

12        A.    No.

13        Q.    To your knowledge, were any

14    restrictions placed on how the proceeds of the

15    alleged $500,000 Belfonti Holdings loan could be

16    used?

17        A.    Yes.

18        Q.    On what restrictions were those?

Page 85

2008 04 29 Final Transcript of Deposition of Belfonti.txt

19    the left-hand -- well, on the left-hand side,

20    there's a code under account I.D.; you see that

21    1,000?

22        A.    I do.

23        Q.    And a description cash operating.

24        Do you know what either of those,

25    either the code or the description mean?

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017☐

106

1               M. Belfonti

2        A.    No.

3        Q.    Going to the second page of the

4    exhibit, going down the page to the, on the

5    left-hand side to the third entry -- actually, I

6    guess it's the fourth entry, you will see

7    there's a code 2206; see that?

8        A.    I do.

9        Q.    Do you know what that code is for?

10        A.    I don't.

11        Q.    You will see a line that says,

12    underneath it that says, "Due to from Aruba

13    Hotel"; see that?

14        A.    I do.

15        Q.    Do you know what that description

16    means?

17        A.    I don't.

18        Q.    Is this something that, to your

19    understanding, Ms. Carpenter would have

20    knowledge of?

21        A.    Yes.

Page 94

2008 04 29 Final Transcript of Deposition of Belfonti.txt

22          Q.     Okay, you can put that aside.

23                 Going back to Exhibit 6, please, and

24     to the chart, page 4, and directing your

25     attention to the third line item from the top,


               Elisa Dreier Reporting Corp.  (212) 557-5558
                    780 Third Avenue, New York, NY 10017▯

                                                              107

1                         M. Belfonti

2      the one that has the date, starts with the date

3      December 8, 2006; do you see that?

4          A.     I do.

5          Q.     Do you have an understanding as to

6      what this line, what transaction this line

7      represents?

8          A.     I do.

9          Q.     What?

10         A.     Wachovia had set aside a $10 million

11     interest reserve account that was to be used to

12     carry the hotel as it related to any financial

13     shortfalls.

14                And by December of '06, we had gone

15     through that $10 million.  And in order to keep

16     the hotel, we need another $393,000 or risk

17     going into default on the mortgage.

18         Q.     In that answer, you used the word

19     "we" a number of times.  Who is we?

20         A.     I.  I always refer to everyone so it

21     looks like a team, so, but it's me.

22         Q.     You said there's a $10 million

23     interest reserve fund?

24         A.     There was, yes.

25         Q.     That was, that money was supposed to

2008 04 29 Final Transcript of Deposition of Belfonti.txt

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017□

108

1                              M. Belfonti

2       be used to make interest payments on the

3       Wachovia loan; is that right?

4              A.    It was.

5              Q.    Was it intended, was it intended in

6       any way, shape or form to actually fund the

7       operations of the hotel?

8              A.    Yes.

9              Q.    That too?

10             A.    That also.

11             Q.    So if I am understanding correctly,

12      by December of '06, you had essentially used up

13      that entire fund; is that right?

14             A.    That is correct.

15             Q.    Is that because the hotel was

16      performing less favorably than had been

17      projected?

18             A.    That is correct.

19             Q.    So if I'm understanding it correctly,

20      you, as the borrower on the Wachovia loan,

21      needed to find $393,000 to make payment; is that

22      right?

23             A.    That is correct.

24             Q.    If you hadn't made that payment, what

25      could have happened?

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017□

109

2008 04 29 Final Transcript of Deposition of Belfonti.txt
1                    M. Belfonti

2          A.    The loan could have gone into

3     default.

4          Q.    What effect would that have had, if

5     any, on AHE?

6          A.    They would have been in default of

7     their obligation with the Wachovia loan.

8          Q.    Would that have, for example, caused

9     the hotel to stop operating?

10         A.    No.

11         Q.    Would it have caused AHE to go out of

12    business?

13         A.    No.

14         Q.    It would have, could have caused you,

15    Michael Belfonti, to lose your equity interest

16    in AHE; correct?

17         A.    That is correct.

18         Q.    Can you think of any other

19    consequence that would have occurred, had you

20    not come up with the $393,000 to make the

21    interest payment to Wachovia?

22         A.    No.

23         Q.    Is the transaction that's reflected

24    on the third line of the chart on page 4 of

25    Exhibit 6, is that, in your mind, representative

                                                  110
1                    M. Belfonti

2     of a loan to AHE?

3          A.    Which one are you referring to?

4          Q.    The one, the third line from the top,
                    Page 97

2008 04 29 Final Transcript of Deposition of Belfonti.txt

5      the one that starts December 8, 2006.

6            A.    In the amount of 393,000?

7            Q.    That's right, that's right.

8                  Is that, in your mind, a loan from

9      somebody to AHE?

10           A.    It is.

11           Q.    who is the lender?

12           A.    Belfonti Capital Partners LLC.

13           Q.    who is the borrower?

14           A.    AHE.

15           Q.    who on the BCP, on the lender's side

16     --

17                 MR. MERVIS:  withdrawn.

18           Q.    Again, I'm going to shorthand this

19     and refer to it as the $393,000 BCP loan; okay?

20           A.    Yes.

21           Q.    who on the BCP side made the decision

22     to grant this loan?

23           A.    Me.

24           Q.    who on the lender's side, on the --

25     I'm sorry, borrower's side, AHE, made the

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017☐

111

1                        M. Belfonti

2      decision to accept the alleged $393,000 BCP

3      loan?

4            A.    Me.

5            Q.    was there any negotiation concerning

6      the terms of the alleged $393,000 loan?

7            A.    No.

Page 98

2008 04 29 Final Transcript of Deposition of Belfonti.txt

8          Q.    Was there a maturity or due date for

9    the repayment of the alleged $393,000 BCP loan?

10          A.    No.

11          Q.    Was there a payment schedule for the

12    alleged $393,000 BCP loan?

13          A.    No.

14          Q.    Was there any requirement for --

15                MR. MERVIS:  Withdrawn.

16          Q.    Did AHE have any obligation to pay

17    interest on the alleged $393,000 BCP loan?

18          A.    Not right away.

19          Q.    What do you mean by "not right away"?

20          A.    Possibly at a later date, there would

21    have been interest charged.

22          Q.    Who -- well, at the time that the, at

23    the time that you or your company BCP, BCP made

24    this alleged loan, did you have an understanding

25    that there would be an interest charge to AHE at

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

                                                    112

1                      M. Belfonti

2    some point in the future?

3          A.    Sometime in the future.

4          Q.    What was that understanding?

5          A.    It would have been marked at Aruban

6    rates, something fair and equitable.

7          Q.    Was that in your mind at the time

8    that you decided to make this alleged loan?

9          A.    No.

10          Q.    When did it first occur to you,

11    Mr. Belfonti, that AHE would need to pay
                      Page 99

2008 04 29 Final Transcript of Deposition of Belfonti.txt
1                          M. Belfonti

2    handwriting?

3         A.    I do not.

4         Q.    You can put it aside.

5               Forgive me if I've already asked

6    this, but was BCP represented by counsel in

7    connection with the making of the alleged

8    $393,000 BCP loan?

9         A.    No.

10        Q.    Was AHE represented by counsel in

11   connection with that alleged loan?

12        A.    No.

13        Q.    Going back to Exhibit 6, please, and

14   the chart on page 4.

15              The next two entries bear the same

16   date and the same amount; see that?

17        A.    I do.

18        Q.    Are those two entries addressed to

19   the same transaction or to different

20   transactions?

21        A.    I believe it's the same.

22        Q.    Do you know why -- well, let me ask

23   it differently.

24              First of all, the dates are wrong;

25   aren't they?

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017
                                              119
1                        M. Belfonti

2         A.    Yes, I believe those are January '07.

3         Q.    The first of the two line items, the

4    one that references MCR Property Management,
                        Page 105

2008 04 29 Final Transcript of Deposition of Belfonti.txt

 5    Inc., what transaction is reflected in that

 6    line?

 7         A.    I believe this was a portion of the

 8    money that we needed to satisfy Wachovia in

 9    January of '07.

10         Q.    The "we" in there is who, you?

11         A.    I.

12         Q.    When you say, "satisfy Wachovia,"

13    what do you mean?

14         A.    Again, there was a shortfall in

15    January of '07.  And I believe it was

16    approximately $1.8 million.

17         Q.    What do you mean by "shortfall"?

18         A.    AHE was unable to pay its obligations

19    to Wachovia with the money that was generated

20    from the hotel from the prior month.

21         Q.    Sorry, I didn't mean to cut you off.

22    Were you finished?

23         A.    Yes.

24         Q.    When you say generated by the

25    operation of the hotel, meaning the cash flow

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

                                                    120

 1                    M. Belfonti

 2    from the hotel?

 3         A.    That's correct.

 4         Q.    So the idea, your expectation was or

 5    at least your hope was that you, as the owner of

 6    AHE, would be able to make your mortgage

 7    payments out of the proceeds of the operation of

2008 04 29 Final Transcript of Deposition of Belfonti.txt

8       the hotel; correct?

9           A.     Yes.

10          Q.     Unfortunately, the hotel wasn't

11      performing as well as it you had hoped, and so

12      the cash generated by the hotel was not

13      sufficient for you to make the January mortgage

14      payment to Wachovia; correct?

15          A.     That's right.

16          Q.     So you needed to come up with,

17      basically, you had to make up the shortfall;

18      right?

19                 In other words, make the payment to

20      Wachovia; correct?

21          A.     That's right.

22          Q.     If you hadn't done that, in other

23      words, if you hadn't found the approximately

24      $1.8 million that you needed for AHE to make the

25      mortgage payment to Wachovia, what would the

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

121

1                       M. Belfonti

2       consequence have been?

3           A.     The hotel would have gone into

4       default with its loan.

5           Q.     And you, Michael Belfonti, would have

6       lost your ownership interest in AHE?

7           A.     That is correct.

8           Q.     Would there be any other consequence

9       to AHE that you know of?

10          A.     No.

11          Q.     The line, the next line item, the one

Page 107

2008 04 29 Final Transcript of Deposition of Belfonti.txt

12    that references Harlow, Adams & Friedman --

13    well, they both do, so let me back up.

14          The line that has Harlow, Adams &

15    Friedman in the third box and Wachovia in the

16    fourth box, what transaction does that reflect?

17        A.    The same one we just discussed,

18    January of '07.

19        Q.    Do you know why there were two boxes

20    in this chart or two lines in this chart

21    addressing the same transaction?

22        A.    No.

23        Q.    Do either of these line items, which

24    would be the fourth from the top and fifth from

25    the top, reflect, in your mind, a loan by anyone

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

122

1                    M. Belfonti

2    to AHE?

3        A.    Yes.

4        Q.    Who, in your mind, is the lender or

5    was the lender?

6        A.    MCR Property Management.

7        Q.    Not Harlow, Adams & Friedman?

8        A.    No.

9        Q.    Who, on behalf of MCR, decided to

10    make this loan, this alleged loan?

11        A.    I did.

12        Q.    Actually, I will shorthand it and

13    we'll call this the $1.3 million MCR loan; okay?

14        A.    That's fine.

Page 108

2008 04 29 Final Transcript of Deposition of Belfonti.txt

15          Q.    Who, on behalf of AHE, agreed to

16    accept the $1.3 million alleged MCR loan?

17          A.    I did.

18          Q.    Was there any negotiation concerning

19    the terms of the alleged $1.3 million MCR loan?

20          A.    No.

21          Q.    Was there a payment schedule for the

22    repayment of the alleged $1.3 million MCR loan?

23          A.    No.

24          Q.    Was there, did AHE have an obligation

25    to pay interest on the alleged $1.3 million MCR

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017□

                                                123

1                      M. Belfonti

2    loan?

3          A.    No.

4          Q.    Was there a due date or a maturity

5    date for the alleged $1.3 million MCR loan?

6          A.    No.

7          Q.    Was any security given by AHE for the

8    alleged $1.3 million MCR loan?

9          A.    No.

10          Q.    Was there any understanding that the

11    alleged $1.3 million MCR loan would be

12    subordinated to any of AHE's existing

13    obligations?

14          A.    No.

15          Q.    Did MCR place any restrictions on

16    what or how AHE could use the proceeds of the

17    alleged $1.3 million MCR loan?

18          A.    It went directly to Wachovia.
                      Page 109

2008 04 29 Final Transcript of Deposition of Belfonti.txt
1                        M. Belfonti

2     know why the alleged $1.3 million MCR loan went

3     through Harlow, Adams & Friedman?

4           A.    I believe so.

5           Q.    Why?

6           A.    Because there was an amount of

7     $548,250 that was aggregated with the

8     $1,307,611.80 to pay a total of the 1.8 amount.

9           Q.    The Harlow firm already had in its

10    accounts the $548,000 sum?

11          A.    Well, it came out of my mom's trust.

12          Q.    How did the -- so I'm clear, the way

13    it works was MCR wired or transferred, let's use

14    that word, the $1.3 million to Harlow, Adams &

15    Friedman?

16          A.    Correct.

17          Q.    Then that law firm aggregated that

18    sum with the 500 some odd thousand dollars that

19    came from your mother's trust and sent it all on

20    to Wachovia; right?

21          A.    That's right.

22          Q.    Going back to Exhibit 6, and the

23    chart, the second to last entry or second from

24    the bottom, starts with a date January 8, 2006

25    and runs across.

        Elisa Dreier Reporting Corp.  (212) 557-5558
             780 Third Avenue, New York, NY 10017

                                                    128

1                        M. Belfonti

2                 First of all, that date is wrong;

3     isn't it?

4           A.    Yes.

2008 04 29 Final Transcript of Deposition of Belfonti.txt

```
5          Q.     Is should be '07; right?

6          A.     It should be.

7          Q.     Do you know what transaction is

8     referenced in that line item on the chart?

9          A.     The 548?

10         Q.     Yes.

11         A.     That was a loan that the trust made.

12    I believe, I believe the trust made the loan to

13    Wachovia or excuse me, the trust made the loan

14    to AHE.

15         Q.     So your testimony is that the CEB

16    Irrevocable Trust made a loan to AHE?

17         A.     It was wired, yes, that is correct.

18         Q.     The amount of the loan was what

19    exactly?

20         A.     $548,250.

21         Q.     Let me again, for shorthand, I will

22    refer to this as the CEB loan; okay?

23         A.     Okay.

24         Q.     Who on the CEB side decided to make a

25    loan to AHE?
```

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

129

```
1                        M. Belfonti

2          A.     Dana Friedman and myself.

3          Q.     Was Mr. Friedman acting as counsel in

4     making that decision?

5          A.     For the trust.

6          Q.     He was acting as counsel for the

7     trust?
```

2008 04 29 Final Transcript of Deposition of Belfonti.txt

8          A.     Correct.

9          Q.     To your understanding, did both of

10     you have to approve the CEB loan in order for it

11     to be made?

12         A.     I believe so.

13         Q.     Both of you did approve it?

14         A.     Yes.

15         Q.     The borrower that you approved was

16     AHE?

17         A.     Yes.

18         Q.     Who on the AHE -- who on behalf of

19     AHE agreed to accept the CEB loan?

20         A.     No one.  Again, this went directly to

21     Wachovia.

22         Q.     I understand what you are saying.

23                You are saying the funds were

24     transferred directly to Wachovia; correct?

25         A.     That is correct.

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

130

1                     M. Belfonti

2          Q.     They never went through AHE's

3      account?

4          A.     No.

5          Q.     But you claimed on you that AHE was a

6      borrower from CEB; right?

7          A.     That is correct.

8          Q.     Who from AHE agreed to be the

9      borrower?

10         A.     Me.

11         Q.     Did your mother know about this loan

2008 04 29 Final Transcript of Deposition of Belfonti.txt

12    at the time it was made, this alleged CEB loan?

13        A.   Yes.

14        Q.   Your father, did he know about this

15    alleged CEB loan at the time it was made?

16        A.   My dad might have been ill at this

17    time, so I don't know.

18        Q.   Was there any negotiation concerning

19    the terms of the alleged CEB loan?

20        A.   Dana Friedman required that my mom

21    mortgage her home.  So the trust secured its

22    $500,000 that it lent to my mom with the

23    collateral from my mom's house.

24        Q.   You are saying that CEB made a loan

25    to your mother, not to AHE?

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

131

1              M. Belfonti

2        A.   To my mom, and then my mom, in turn,

3    gave it to AHE.

4        Q.   I see.

5        A.   I believe that's how it went.

6        Q.   Was there any negotiation between

7    CEB, on the one hand, and AHE, on the other

8    hand, concerning the terms of the alleged CEB

9    loan?

10       A.   No.

11       Q.   Was there any negotiation between

12    your mother, on the one hand, and AHE, on the

13    other hand, concerning the terms of the alleged

14    CEB loan?

Page 116

2008 04 29 Final Transcript of Deposition of Belfonti.txt

1                           M. Belfonti

2          Q.    With respect to the $393,000 Belfonti

3     capital -- I'm sorry, the alleged $393,000 BCP

4     loan, at the time it was made, did you have an

5     understanding as to whether BCP could demand

6     repayment before the Petra loan was repaid in

7     full?

8          A.    I'm not sure.

9          Q.    You'd have to consult with your

10    counsel?

11         A.    Yes.

12         Q.    With respect to the alleged $1.3

13    million MCR loan, at the time that was made, did

14    you have an understanding as to whether MCR

15    could demand repayment before the Wachovia loan

16    was repaid in full?

17         A.    I'd like to check with counsel.

18         Q.    You would need to consult with

19    counsel in order to answer that question?

20         A.    Yes.

21         Q.    With respect to the alleged $1.3

22    million MCR loan, at the time it was made, did

23    you have an understanding as to whether MCR

24    could demand repayment prior to the Petra loan

25    being paid in full?

1                           M. Belfonti

2          A.    I'd like to check with counsel on

3     that.

4          Q.    You need to consult with counsel in

                           Page 129

2008 04 29 Final Transcript of Deposition of Belfonti.txt

5    order to answer that question?

6         A.    Yes.

7         Q.    Going back to the CEB loan, was -- I,

8    may have asked this, and if I did, I apologize.

9              Was any security given for that loan?

10             MR. MERVIS:   I'm sorry, withdrawn.

11        Q.    With respect to the CEB loan, the

12   alleged CEB loan, was any security given by AHE

13   for that alleged loan?

14        A.    No.

15        Q.    How, Mr. Belfonti, were the proceeds

16   of the alleged CEB loan used?

17        A.    To pay the January '07 mortgage.

18        Q.    To Wachovia?

19        A.    Yes.

20        Q.    So that, again, that was the payment

21   that was combined with the $1.3 million from

22   MCR?

23        A.    That is correct.

24        Q.    From what source did CEB expect to be

25   repaid?

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017□

147

1                   M. Belfonti

2         A.    From AHE.

3         Q.    No, I'm sorry.  Where did CEB expect

4    AHE to be able to get the funds from?

5         A.    Through a capital event.

6         Q.    Any other source?

7         A.    Cash flow of the property.

Page 130

2008 04 29 Final Transcript of Deposition of Belfonti.txt

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

153

1                          M. Belfonti

2        A.    I didn't -- please repeat the

3    question.

4        Q.    Sure.

5              Who from the AHE side was --

6        A.    I'm sorry.

7        Q.    Okay.

8        A.    I would think Marieta Ras, but I'm

9    not sure.

10       Q.    You never, you never personally made

11   her aware of the existence of the alleged CEB

12   loan; correct?

13       A.    No.

14       Q.    By "her," I mean Ms. Ras.  You never

15   made Ms. Ras aware of that alleged loan?

16       A.    I did not.

17       Q.    Did Ms. Ras ever tell you that she

18   was aware of the existence of the alleged CEB

19   loan?

20       A.    No.

21       Q.    Anybody else on the AHE side who you

22   think was aware of the existence of the CEB

23   loan?

24       A.    Possibly, Alcira.

25       Q.    But you don't know for a fact?

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

154

Page 136

2008 04 29 Final Transcript of Deposition of Belfonti.txt
1                         M. Belfonti

2          A.    No, I do not.

3          Q.    You never spoke to her about this

4     alleged loan; did you?

5          A.    No.

6          Q.    Going back, you have in front of you

7     Exhibit 6, the chart on page 4.

8                Let's go to the very last entry now.

9                Do you have an understanding of what

10    the bottom line, no pun intended, the last line

11    on the chart, what transaction that represents?

12         A.    Can I use the bathroom?

13               MR. MERVIS:  Yes.

14               (Brief recess taken.)

15    FURTHER EXAMINATION

16    BY MR. MERVIS:

17         Q.    Going back to Exhibit 6 and the chart

18    on the fourth page of Exhibit 6, the final or

19    the entry at the bottom of the chart, do you

20    know what transaction that refers to?

21         A.    That was a, those were monies given,

22    loaned from MCR to AHE to pay the March 2007

23    mortgage payment.

24         Q.    That was when you say, "mortgage

25    payment," that was the payment to Wachovia?

              Elisa Dreier Reporting Corp.  (212) 557-5558
                780 Third Avenue, New York, NY 10017☐
                                                        155

1                         M. Belfonti

2          A.    Correct.

3          Q.    The same type of payment that we have

4     been discussing, I think, with respect to the
                              Page 137

2008 04 29 Final Transcript of Deposition of Belfonti.txt

5      other transactions?

6              A.    Yes.

7              Q.    Was it important to you,

8      Mr. Belfonti, to make these mortgage payments to

9      Wachovia?

10             A.    Yes.

11             Q.    Why?

12             A.    Had I not paid the mortgage payments,

13     the loan would go into default.

14             Q.    Why was that important to you or why

15     was it important to you for the loan not to go

16     into default?

17             A.    I'm in the real estate investment and

18     development business, and it's not a good thing

19     for investors, such as myself, to default on

20     loans.

21             Q.    Is that because or is that -- is one

22     of the reasons why it's not good because it can

23     make it harder to get a loan in the future?

24             A.    That's one of the reasons.

25             Q.    What other reasons are there?

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

156

1                         M. Belfonti

2              A.    I think that's the main reason.

3              Q.    You didn't make the April 2007

4      mortgage payment to Wachovia; correct?

5              A.    That is correct.

6              Q.    Why?

7              A.    I had limited resources to put into

Page 138

2008 04 29 Final Transcript of Deposition of Belfonti.txt

8      the hotel, and I made a conscious decision at

9      that point not to keep putting money into it.

10         Q.     When you say, keep putting money into

11     it," what money are you talking about?

12         A.     The next payment which would have

13     been the April payment.

14         Q.     According to you, you had, in order

15     to make the mortgage payments to Wachovia in

16     December of '06 and January of '07, you had

17     arranged to make loans from entities that you

18     opened to AHE; correct?

19         A.     That is correct.

20         Q.     You claim you had an expectation that

21     at some point in time, they'd be repaid; is that

22     correct?

23         A.     That is correct.

24         Q.     So when April rolled around, why

25     couldn't you have just gone to another one of

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

                                              157

1                        M. Belfonti

2      your entities and made another loan?

3          A.     I just didn't know how much more

4      money the hotel was going to lose after April

5      and May and June and July, and I had lost faith

6      in Starwood as a management company and their

7      ability to make the hotel perform.

8          Q.     You knew, didn't you, that if you put

9      more money into the hotel, and eventually wound

10     up defaulting anyway, that you would have a very

11     difficult time claiming repayment of these

                       Page 139

2008 04 29 Final Transcript of Deposition of Belfonti.txt

12          alleged loans to AHE from the new owner;

13          correct?

14              A.    No.

15              Q.    You didn't think about that?

16              A.    Not at all.

17              Q.    Is that because you decided for the

18      first time that the transactions, reflected on

19      Exhibit 6, were loans after you defaulted and

20      lost the hotel?

21              A.    No, they were always loans.  They

22      were always booked on my books.  Always booked

23      on the general ledger as loans.  That was my

24      intent always to pay them back.

25              Q.    I'm sorry, what was the last piece?

                                                158

1                          M. Belfonti

2              A.    It was always my intent to pay them

3       back.

4              Q.    It was your intent to pay them back?

5              A.    It was the, my intent to have AHE pay

6       back all the loans.

7              Q.    Regardless of whether you still owned

8       AHE or not?

9              A.    No.

10             Q.    That's not correct?

11             A.    That's not correct.

12             Q.    What's not correct about it?

13             A.    If I didn't own AHE, I wouldn't be

14      able to get the loans back.

2008 04 29 Final Transcript of Deposition of Belfonti.txt

15          Q.      Why is that?

16          A.      Because we made a demand on AHE and

17     they refused to pay.

18          Q.      You didn't know that at the time,

19     though -- when you owned AHE, when you owned

20     AHE, was it your expectation that if you lost

21     control of AHE, you would still be able to get

22     repayment on these alleged loans?

23          A.      Yes.

24          Q.      What was that expectation based on?

25          A.      The fact that the loans were made

Elisa Dreier Reporting Corp.  (212) 557-5558
      780 Third Avenue, New York, NY 10017

159

1                     M. Belfonti

2     from entities other than myself.

3          Q.      I'm sorry, can you explain that

4     answer?

5          A.      Sure.  The related entities that lent

6     AHE money, these were entities that were not

7     part of the ownership of the hotel.

8          Q.      Have you had any dealings with

9     Starwood since the time that you defaulted on --

10     that AHE defaulted on the Wachovia loan?

11          A.      I have not.

12          Q.      Going back to the chart and what you

13     describe as a loan from MCR to AHE.

14               So I'm clear, your claim is that the

15     alleged lender is MCR and the alleged borrower

16     was AHE?

17          A.      That is correct.

18          Q.      The amount was approximately $1.1

Page 141

2008 04 29 Final Transcript of Deposition of Belfonti.txt

19    million; correct?

20         A.    1.2, closer to.

21         Q.    So I'm going to refer to this as the

22    $1.2 million MCR loan; okay?

23         A.    Sure.

24         Q.    Who at MCR made the decision to make

25    the alleged $1.2 million MCR loan?


         Elisa Dreier Reporting Corp.   (212) 557-5558
            780 Third Avenue, New York, NY 10017⬜

                                             160

1                      M. Belfonti

2          A.    I did.

3          Q.    Who at AHE made the decision to

4    accept the alleged $1.2 million MCR loan?

5          A.    I did.

6          Q.    Was there any negotiation concerning

7    the terms of the alleged $1.2 million MCR loan?

8          A.    No.

9          Q.    Was there a payment schedule for the

10   alleged $1.2 million MCR loan?

11         A.    No.

12         Q.    Did, at the time that you, on behalf

13   of AHE, decided to accept the alleged $1.2

14   million MCR loan, did you obligate AHE to pay

15   interest on that loan?

16         A.    I, as I had said in an earlier

17   statement, there was an implied interest that we

18   pay vis-a-vis our intercompany loans.

19              So AHE would have been obligated to

20   pay some interest rate.

21         Q.    Twelve percent, according to you;

                   Page 142

2008 04 29 Final Transcript of Deposition of Belfonti.txt

12          A.    I have to hear the question again.

13                (The record was read.)

14                MR. MERVIS:  Read it back.

15          A.    I didn't think about it.

16          Q.    Just for completeness sake, the

17    alleged CEB loan, that was never presented to

18    AHE's supervisory board for approval; was it?

19          A.    It was not.

20          Q.    With respect to each of the

21    transactions that are identified on the fourth

22    page of Exhibit 6, did you seek legal advice

23    from anyone in connection with the making of

24    those transactions?

25          A.    No.


                Elisa Dreier Reporting Corp.  (212) 557-5558
                    780 Third Avenue, New York, NY 10017

                                                        167

1                        M. Belfonti

2                MR. MERVIS:  Mark this, please.

3                (Belfonti Exhibit 11, a document,

4          marked for identification, as of this

5          date.)

6          Q.    Mr. Belfonti, you've been handed what

7    we have had marked for identification as Exhibit

8    11.

9                Take as much time as you need, but my

10    first question to you, sir, is if you recognize

11    the document?

12          A.    I do.

13          Q.    When was the first time you saw this?

14          A.    I would guess sometime in January of

                            Page 148

2008 04 29 Final Transcript of Deposition of Belfonti.txt

15      2007.

16          Q.   Who showed it to you?

17          A.   I don't know if I ever saw this.  I

18      knew about the transaction.  It was associated

19      with this, but I don't know if I ever saw the

20      document itself or the letter.

21          Q.   Tell me what your understanding of

22      the transaction associated with Exhibit 11 is?

23          A.   My mom and dad borrowed $550,000 from

24      my mom's trust.

25          Q.   They put up their house as collateral

                Elisa Dreier Reporting Corp.  (212) 557-5558
                  780 Third Avenue, New York, NY 10017

                                                        168

1                       M. Belfonti

2       for that loan?

3           A.   That is correct.

4           Q.   Then they gave that loan, they gave

5       the proceeds of that loan to you; right?

6           A.   No, they gave it to Dana Friedman.

7           Q.   Right, they gave it to Dana Friedman,

8       and then you instructed Dana Friedman to send

9       that money to Wachovia Bank; right?

10          A.   With the additional 1.3.

11          Q.   So that you could make the mortgage

12      payment; right?

13          A.   So that AHE could make the mortgage

14      payment.

15          Q.   So that you could continue to own

16      AHE; correct?

17          A.   That is correct.

18          Q.   Just go to the second page of Exhibit

                          Page 149

2008 04 29 Final Transcript of Deposition of Belfonti.txt

19    11?

20             There's an asterisk about halfway

21    down the page.

22             Take a moment to read that to

23    yourself and let me know when you've read it?

24        A.   (The witness complies with request.)

25    Yes, I read it.

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017☐

169

1                      M. Belfonti

2        Q.   Do you know there is a reference

3    there to a note being prepared; you see that?

4        A.   I do.

5        Q.   Do you know if any such note was ever

6    prepared?

7        A.   No, I don't.

8        Q.   Do you know who Richard Herman is?

9        A.   Yes.

10        Q.   He's one of your employees in

11    Connecticut?

12        A.   He's a consultant, actually.

13        Q.   What does he consult about?

14        A.   Accounting.

15        Q.   So he's an independent contractor?

16        A.   Yes, basically.

17        Q.   Did you ever instruct Mr. Herman to

18    prepare the note that's referenced in this

19    sentence or these two sentences?

20        A.   I did not, no.

21             MR. MERVIS:  Mark this as Exhibit 12.

Page 150