EXHIBIT C

2008 05 27 Final Transcript of Carpenter Deposition.txt

1

```
 1
 2
 3                  UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
    ------------------------------------------------X
 4  ARUBA HOTEL ENTERPRISES N.V.,
 5                              Plaintiff,
 6      -against-            3:07 Civ. 1297(JCH)
 7  MICHAEL BELFONTI, MCR PROPERTY MANAGEMENT, INC.
    and CEB IRREVOCABLE TRUST,
 8
                                Defendants.
 9  ------------------------------------------------X
10
11                            May 27, 2008
                              10:05 a.m.
12
13
14                 Deposition of VICTORIA CARPENTER,
15  held at the offices of Proskauer Rose, LLP, 1585
16  Broadway, New York, New York, before Nicole
17  Cannistraci, a Notary Public within and for the
18  State of New York.
19
20
21
22
23
24
25
```

2

```
 1
 2      A p p e a r a n c e s :
```

2008 05 27 Final Transcript of Carpenter Deposition.txt

19          Q.    Who gave that suggestion or
20    instruction?
21          A.    I can't tell you whether --
22    specifically -- I can't tell you for sure.
23          Q.    Was it somebody -- was it
24    either you or somebody who worked with you up
25    here in the United States?

Elisa Dreier Reporting Corp. (212) 557-5558
    780 Third Avenue, New York, NY 10017

                                              60


              Victoria Carpenter
1
2          A.    Yes.
3          Q.    So, going back to Exhibit 2,
4    there is a reference in Ms. Ras' e-mail to a
5    approximately $4.9 million Belfonti Capital
6    loan.  Do you see that?
7          A.    Yes.
8          Q.    What is that referring to?
9          A.    That's the amounts that were
10   expended by the Belfonti entities on the
11   purchase -- at the time of the purchase of the
12   hotel, that needed to be recorded as loans.
13         Q.    Was there a corresponding entry
14   in the books of one or more Belfonti entities
15   that characterize those funds as loans?
16         A.    The disbursements from the
17   various Belfonti entities would have been
18   recorded as intercompany loans.
19         Q.    On whose books?
20         A.    On the entity that disbursed

                  Page 55

2008_05_27 Final Transcript of Carpenter Deposition.txt

21    the funds.

22              Q.    Why would that have been the

23    case?  Why would these disbursements have been

24    recorded on the disbursing entity's books as

25    loans?

Elisa Dreier Reporting Corp. (212) 557-5558
     780 Third Avenue, New York, NY 10017

61

1                     Victoria Carpenter

2              A.    When funds are received, are

3     disbursed, they -- the transaction needs to be

4     recorded on the books of the company.  If funds

5     are being disbursed, it would be a credit to

6     cash and a debit to a receivable or, in the case

7     of these, it would be an intercompany account.

8              Q.    During your tenure as

9     controller of MCR, I take it there were

10    instances where one Belfonti entity disbursed

11    money to another Belfonti entity?

12             A.    Yes.

13             Q.    In each of those instances,

14    were those disbursements internally

15    characterized as loans?

16             A.    Yes.

17             Q.    And do you know -- was that the

18    practice from the time that you started at MCR?

19             A.    Yes.

20             Q.    Do you know who originated that

21    practice?

22             A.    No.

23             Q.    So she -- Ms. Ras goes on to
                          Page 56

2008 05 27 Final Transcript of Carpenter Deposition.txt

15                 repeat the question?

16                       MR. MERVIS:  Sure.  To make

17                 it understandable, you'll have to do

18                 the last three.

19                     (Record read.)

20                       THE WITNESS:  I need to

21                 correct the answer before "do you

22                 know that."

23   BY MR. MERVIS:

24                 Q.   Fair enough.

25                 A.   The question was, BCP being the

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

71

1                 Victoria Carpenter

2   lender?

3                 Q.   Yes, ma'am.

4                 A.   It was my understanding that

5   BCP was the lender on that.

6                 Q.   Of the entire 4.9 million?

7                 A.   Of the -- yes.

8                 Q.   And what's that understanding

9   based on?

10                      MR. NAVARRO:  I would

11                 instruct the witness, to the extent

12                 that her information may come from

13                 conversations with counsel, not to

14                 testify about those.  If you have an

15                 independent knowledge, that's

16                 obviously fine, or conversations

2008 05 27 Final Transcript of Carpenter Deposition.txt

17          with -- where counsel was not

18          present.

19                    THE WITNESS:  Then I guess

20          counsel was present when I discussed

21          this.

22  BY MR. MERVIS:

23                    Q.    Do you recall approximately

24      when the discussion was?

25                    A.    No.

Elisa Dreier Reporting Corp. (212) 557-5558
        780 Third Avenue, New York, NY 10017

⬜                                                                72


1                    Victoria Carpenter

2                    Q.    Was it one of the four

3      preparation meetings that you had in advance of

4      this deposition?

5                    A.    There were conversations before

6      this.

7                    Q.    Where you believe, again,

8      without telling me what was said, that the

9      subject of this -- who was the lender of this

10     approximately $4.9 million was brought up?

11                   A.    Yes.

12                   Q.    Do you recall who was present

13     during any -- was there one conversation you can

14     recall about that or more than one conversation?

15                   A.    More than one.

16                   Q.    Can you recall who was present

17     during -- who participated in any of those

18     conversations?

19                   A.    They would have been telephone
                              Page 66

2008 05 27 Final Transcript of Carpenter Deposition.txt
22    the Belfonti companies transferred funds between

23    companies.

24              Q.    What's your general

25    understanding?

Elisa Dreier Reporting Corp. (212) 557-5558
     780 Third Avenue, New York, NY 10017

☐

74

1                  Victoria Carpenter

2              A.    My general understanding is

3    that when an entity needs money and another

4    entity has the money, the entity that has the

5    money lends the money to the entity that needs

6    the money.

7              Q.    I understand that.  Go ahead.

8              A.    And, conversely, it can go back

9    and forth.

10             Q.    I understand that, but we've

11   seen, I think, on at least the first American

12   statement, that the alleged originator of funds,

13   right, was something called MAB Investments,

14   right?

15             A.    Yes.

16             Q.    And MCR, yes?

17             A.    Yes.

18             Q.    And something called Cash From

19   Borrower?

20             A.    Yes.

21             Q.    How -- you say that those funds

22   were actually intended to be loans by BCP; is

23   that right?

24             A.    Yes.
                        Page 68

2008 05 27 Final Transcript of Carpenter Deposition.txt

25                    Q.    Why?

Elisa Dreier Reporting Corp. (212) 557-5558
        780 Third Avenue, New York, NY 10017

75

1                    Victoria Carpenter

2               A.    I did not make the decision

3        where the loans came from.  For expediency sake,

4        it was often the practice that the funds would

5        come from wherever the money was available, but

6        then the decision would be made who actually was

7        lending the loans and it would be recorded that

8        way.

9               Q.    Well, has BCP made transfers to

10       MAB Investments to cover the $2 million that it

11       dispersed in connection with the closing?

12              A.    No.

13              Q.    Has --

14              A.    Not to my best knowledge, no.

15              Q.    Has BCP provided MCR with the

16       $1.5 million that MCI disbursed in connection

17       with the closing?

18                    MR. SLOSSBERG:  Objection to

19            form.

20                    THE WITNESS:  MCR.

21   BY MR. MERVIS:

22              Q.    I meant to say MCR.  So, thank

23       you.

24                    (An off-the-record

25                    discussion took place.)

Elisa Dreier Reporting Corp. (212) 557-5558
        780 Third Avenue, New York, NY 10017
                    Page 69

2008 05 27 Final Transcript of Carpenter Deposition.txt

6          Q.    Okay, correct away.

7          A.    There have been times in the

8   past where I worked on this, but it was a year

9   and a half ago, two years ago, and I can't

10  remember specifically.

11         Q.    When you say worked on this,

12  what do you mean?

13         A.    Looked at the numbers that

14  comprised the $4.9 million.

15         Q.    Who asked you to do that?

16         A.    I was -- I don't know who

17  specifically asked me to do that.  It was to

18  accumulate the total amounts on this $4.9

19  million and what the payments were made, but I

20  don't remember specifically doing it or that.

21         Q.    Has anybody asked you to search

22  for any documents at all in connection with this

23  litigation?

24         A.    Yes.

25         Q.    Okay.  Have you done so?

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

80

1              Victoria Carpenter

2          A.    Yes.

3          Q.    Where did you look?

4          A.    I looked in the accounting

5   records of various entities.

6          Q.    Which ones?

7          A.    MCR, Belfonti Capital and other

Page 73

```
                  2008 05 27 Final Transcript of Carpenter Deposition.txt
 8     ones.

 9              Q.    How about MAB Investments?

10              A.    Yeah, yes.

11              Q.    You did?

12              A.    Yes.

13              Q.    I think you said before, if you

14     didn't, you'll correct me, but you said it was

15     the intent for this approximately $4.9 million

16     in disbursements to be considered a loan by BCP?

17              A.    Yes.

18              Q.    Whose intent was that?

19              A.    I don't have specific

20     recollection of being told by anyone.

21              Q.    So you're not sure if it was

22     Mr. Belfonti's intent, for example, Michael

23     Belfonti?

24              A.    It was the ordinary way that we

25     recorded such transactions, so that it would not
```

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

81

```
 1                   Victoria Carpenter

 2     have been -- that would be the way we would do

 3     it.

 4              Q.    I'm sorry, what was the

 5     ordinary way that you would record such

 6     transactions?

 7              A.    As intercompany loans.

 8              Q.    I understand that, but my

 9     question was more specific.  Who decided these

10     funds, the funds that were disbursed in
```

Page 74

2008 05 27 Final Transcript of Carpenter Deposition.txt

11    connection with the closing, should be

12    characterized as a loan from BCP as opposed to

13    any other Belfonti entity?

14                    A.    I don't know.

15                    Q.    You just understood it was the

16    intention?

17                    A.    Yes.

18                    Q.    But you don't know whose

19    intention it was?

20                            MR. SLOSSBERG:  Objection.

21                    Asked and answered.

22                            MR. MERVIS:  Fair enough.

23    BY MR. MERVIS:

24                    Q.    You can answer.

25                    A.    That was my understanding.

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

82

1                    Victoria Carpenter

2                    Q.    That wasn't my question,

3    though.  My question is do you know whose

4    intention it was to have these amounts

5    characterized as a loan from BCP?

6                            MR. SLOSSBERG:  Objection to

7            form.

8    BY MR. MERVIS:

9                    Q.    You can answer.

10                    A.    Michael Belfonti's.

11                    Q.    Who decided that -- to take

12    money out of MAB Investments and apply it

Page 75

```
                  2008 05 27 Final Transcript of Carpenter Deposition.txt
 9           it was going to be filed before it was filed?

10                       A.    I don't recall.

11                             MR. MERVIS:  Mark this,

12                   please.

13                             (General Ledger marked

14                   Carpenter Exhibit 7 for

15                   identification.)

16      BY MR. MERVIS:

17                       Q.    Ms. Carpenter, the reporter has

18           placed before you what we have had marked as

19           Exhibit 7.  This is a fairly heavily redacted

20           document, but there are some line items legible.

21           I'll ask you to review them and let me know if

22           you recognize the portion of the document that

23           is not redacted.

24                       A.    Yes, I recognize it.

25                       Q.    What is it?
```

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

94

```
 1                      Victoria Carpenter

 2                       A.    A copy -- copies of the

 3           Belfonti Holdings LLC general ledger.  The first

 4           page is from January 1, 2006 through

 5           December 31st, 2006.  The third and fourth pages

 6           are January 1, 2006 through June 30th, 2007.

 7                       Q.    Okay.  So, in the first page --

 8           on the first page there are two entries.  Do you

 9           see those?

10                       A.    Yes.

11                       Q.    What are those entries?
```
Page 86

2008 05 27 Final Transcript of Carpenter Deposition.txt

12              A.    These -- this is an entry to

13      record the wire to Aruba Hotel Enterprises.

14              Q.    The $500,000?

15              A.    Yes.

16              Q.    And there is -- the entry for

17      $500,000, there's three letters, CDJ.  Do you

18      see that?

19              A.    Yes.

20              Q.    What does that stand for?

21              A.    Cash disbursements journal.

22              Q.    Above that, there is an entry

23      for $2,500 and it says GENJ.  What does that

24      mean?

25              A.    General journal.

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

□
                                                    95


1                   Victoria Carpenter

2              Q.    On the upper right-hand corner

3      there is a code, 1000.  Do you see that?

4              A.    Upper left-hand corner, 1000 is

5      the general ledger account number in the

6      Belfonti Holdings list of accounts for cash.

7              Q.    Why was -- is it -- am I

8      correct that the $500,000 wire was booked, at

9      least in this instance, under the Belfonti

10     Holdings cash account?

11             A.    Yes.

12             Q.    Why?

13             A.    The funds came out of the

                    Page 87

2008 05 27 Final Transcript of Carpenter Deposition.txt

14   Belfonti Holdings -- physically came out of the

15   Belfonti Holdings' account.

16          Q.   Turn the page, please.  There

17   is only one entry on the page that we can see,

18   anyway.  What is that entry?

19          A.   This is the offset to the entry

20   that was shown on the previous page.  The

21   previous page is showing a subtraction from

22   cash, which is a credit from cash of 500,000

23   plus the 2,500 wire fee.  The second page is

24   showing the recording of the receivable of that

25   500,000.  It was recorded as a receivable due

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

96

1             Victoria Carpenter

2   from Aruba Hotel.

3          Q.   The account code 2206, what is

4   that a code for?

5          A.   General ledger intercompany

6   account code for Aruba Hotel.

7          Q.   Is there a corresponding entry

8   in AHE's books and records for this $500,000?

9          A.   To the best of my knowledge,

10   yes.

11          Q.   What is that knowledge based

12   on?

13          A.   My looking at the Aruba Hotel

14   Enterprises general ledger.

15          Q.   Looking at it when?

16          A.   I have the records of AHE

Page 88

2008 05 27 Final Transcript of Carpenter Deposition.txt

17    through April of '06.

18              Q.    But when was the last time that

19    you looked at it?

20              A.    A week ago.

21              Q.    Did you do anything -- at the

22    time of the wiring of the $500,000, did you do

23    anything to cause a corresponding entry to be

24    made in AHE's books and records?

25              A.    Only informing Marieta that the

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

                                                            97


1                    Victoria Carpenter

2    transfer had been made.

3              Q.    That was -- how was that

4    information passed along?

5              A.    To the best of my knowledge, an

6    e-mail.

7              Q.    The entry that you think is on

8    AHE's books for this $500,000 wire, what --

9    generally speaking, how is the amount

10   characterized?

11             A.    As a loan payable to Belfonti.

12             Q.    To Belfonti?

13             A.    I don't recall if it's called

14   Belfonti Companies or Belfonti Capital, but I

15   believe now it says Belfonti Capital.

16             Q.    Do you know why -- do you know

17   who made that entry?

18             A.    Marieta or Alcira.

                        Page 89

2008 05 27 Final Transcript of Carpenter Deposition.txt
19          Q.    Do you know why they made the

20    entry in that way?  In other words, why did they

21    characterize it as a loan?

22          A.    Because it was a loan.

23          Q.    What I'm asking is, did you

24    have any conversations with them about how that

25    wire should be characterized?

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

⬚

                                        98


1                    Victoria Carpenter

2          A.    No.

3          Q.    It wasn't your practice to

4    ensure that when intercompany loans were made,

5    that the borrower recorded the transaction as a

6    loan on its books?

7                    MR. SLOSSBERG:  Objection to

8              form.

9                    THE WITNESS:  Marieta Ras was

10             completely in charge of the

11             accounting operation down in Aruba.

12             She made all the journal entries.

13             She gave me copies of the ledgers.  I

14             did look at them.  I don't recall

15             ever telling her to correct or change

16             anything in the ledgers.

17    BY MR. MERVIS:

18          Q.    That wasn't my question.

19          A.    But you asked me if I was

20    assuring it was recorded correctly?

21          Q.    Was that your practice, yeah.
                        Page 90

2008 05 27 Final Transcript of Carpenter Deposition.txt

1                   Victoria Carpenter
2              Q.    What were the terms of this
3      alleged $500,000 loan?
4              A.    It was an intercompany loan.
5              Q.    Did it have any terms that you
6      know of beyond its mere existence as an
7      intercompany loan?
8                   MR. SLOSSBERG:  Objection to
9              form.
10                  THE WITNESS:  Not to my
11             knowledge.
12     BY MR. MERVIS:
13             Q.    Did AHE agree to pay interest?
14             A.    Not to my knowledge.  I don't
15     know.
16             Q.    Go back to Exhibit 5, please.
17     Go to the second page.
18                  MR. NAVARRO:  If you are
19             going to move into the next
20             transactions, maybe we should take
21             the 12:30 break now.  I don't know if
22             that's where you are going.
23                  MR. MERVIS:  It is.
24                  (An off-the-record
25             discussion took place.)

        Elisa Dreier Reporting Corp. (212) 557-5558
           780 Third Avenue, New York, NY 10017

                                              103

1                   Victoria Carpenter
2                   (Lunch recess: 12:25 p.m.)
                         Page 94

2008 05 27 Final Transcript of Carpenter Deposition.txt

3                    (Resumed: 1:15 p.m.)

4   V I C T O R I A      C A R P E N T E R, having been

5   previously duly sworn, was examined and testified

6   further as follows:

7   CONTINUED EXAMINATION

8   BY MR. MERVIS:

9            Q.    Ms. Carpenter, did you know

10   that Mr. Michael Belfonti had his deposition

11   taken in this litigation a little while ago?

12            A.    Yes.

13            Q.    Have you read the transcript of

14   his testimony?

15            A.    No.

16            Q.    Take a look at Exhibit 5,

17   please, second page.

18                    MR. MENCHEL:  Did you say 5?

19                    MR. MERVIS:  I did.

20   BY MR. MERVIS:

21            Q.    Do you recognize the e-mail

22   that's in Exhibit 5, of the second page of

23   Exhibit 5?

24            A.    Yes.

25            Q.    What, generally speaking, is

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

▯

104

1                    Victoria Carpenter

2   the subject of this e-mail?

3            A.    The December 10th mortgage

4   payment, there was -- there was a shortfall, and

Page 95

2008 05 27 Final Transcript of Carpenter Deposition.txt

5    Belfonti Companies sent money to Wachovia to

6    cover the shortfall on behalf of AHE.

7                    Q.    The mortgage was the mortgage

8    loan that was made by Wachovia; is that right?

9                    A.    Yes.

10                   Q.    When you say there was a

11   shortfall, what does that mean?

12                   A.    The amount of funds sent to

13   Wachovia under the cash management agreement

14   after filling the three -- first three or four

15   buckets and then after sending money back to

16   Starwood, the hotel, for operating expenses,

17   there was not enough money to cover the interest

18   payment.

19                   Q.    The money had to come from

20   somewhere else?

21                   A.    Yes.

22                   Q.    The somewhere else was one of

23   the other Belfonti entities?

24                   A.    Yes.

25                   Q.    What, to your understanding,

            Elisa Dreier Reporting Corp. (212) 557-5558
                 780 Third Avenue, New York, NY 10017

                                                            105


1                        Victoria Carpenter

2    would have happened had the shortfall not been

3    paid?

4                    MR. MENCHEL:   Objection.

5    BY MR. MERVIS:

6                    Q.    You can answer.

7                    A.    My understanding is it would
                                    Page 96

2008 05 27 Final Transcript of Carpenter Deposition.txt

20          A.    I don't know.

21          Q.    So if -- I realize you said you

22    weren't sure, but if the 12/16 notation were

23    Ms. Ras' handwriting, you don't know how she

24    came to make that notation; is that correct?

25          A.    That's correct.

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

111

1                    Victoria Carpenter

2          Q.    Was this fund transfer a loan?

3          A.    Yes.

4          Q.    Who was the lender?

5          A.    Belfonti Capital.

6          Q.    Capital Partners?

7          A.    Yes.

8          Q.    Who was the partner?

9          A.    Aruba Hotel Enterprises.

10          Q.    And who, on behalf of Belfonti

11    Capital Partners, made the decision to make this

12    loan?

13                    MR. MENCHEL:  Objection to

14          form.

15    BY MR. MERVIS:

16          Q.    You can answer.

17          A.    Michael Belfonti.

18          Q.    Who, on behalf of Aruba Hotel

19    Enterprises, made the decision to accept this

20    loan?

21                    MR. MENCHEL:  Objection to

22          form.

                    Page 102

2008 05 27 Final Transcript of Carpenter Deposition.txt

23    BY MR. MERVIS:

24              Q.    You can answer.

25              A.    That, I don't know.

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

112

1                   Victoria Carpenter

2              Q.    Who negotiated the terms of

3    this loan?

4              A.    I don't know.

5              Q.    Were there any terms of this

6    loan?

7                   MR. SLOSSBERG:   Objection to

8              form.

9                   THE WITNESS:   I don't know.

10             I have a question.

11   BY MR. MERVIS:

12             Q.    At any time.

13             A.    Your question was who on behalf

14   of Aruba Hotel Enterprises accepted --

15             Q.    Agreed to be a borrower.

16             A.    Okay.  I don't know.

17             Q.    Going back for a moment to

18   Exhibit 7, I may have asked you this; if I did,

19   I apologize.  Who made the entries that are not

20   redacted on Exhibit 7?

21             A.    I don't know.

22             Q.    Was it either you or somebody

23   working for you?

24             A.    Yes.

Page 103

2008 05 27 Final Transcript of Carpenter Deposition.txt
25                    MR. MERVIS:   Mark this,

Elisa Dreier Reporting Corp. (212) 557-5558
         780 Third Avenue, New York, NY 10017

☐
                                                        113


1                        Victoria Carpenter

2                 please.

3                           (General Ledger marked

4                 Carpenter Exhibit 10 for

5                 identification.)

6    BY MR. MERVIS:

7                      Q.    All right.  Ms. Carpenter, the

8    reporter has placed in front of you what we've

9    had marked for identification as Exhibit 10.

10   I'll ask you, notwithstanding the redactions,

11   whether you recognize the document?

12                     A.    Yes.

13                     Q.    What is it?

14                     A.    It is a copy of the general

15   ledger of Belfonti Capital Partners.

16                     Q.    On the first page of the

17   exhibit, you'll see there is a loan entry that's

18   not redacted.

19                     A.    Yes.

20                     Q.    What is that transaction?

21                     A.    It is a transaction dated

22   December 8th, 2006 reflecting a wire on behalf

23   of Aruba Hotel Enterprises.

24                     Q.    And this is the transaction

25   that you say was a loan from BCP to AHE that was

Elisa Dreier Reporting Corp. (212) 557-5558
         780 Third Avenue, New York, NY 10017
☐
                        Page 104

```
 1                    Victoria Carpenter
 2      used to pay the mortgage or the interest on the
 3      mortgage?
 4                 A.    Yes.
 5                 Q.    Who made this entry?
 6                 A.    I don't know.
 7                 Q.    You or somebody working for
 8      you?
 9                 A.    Yes.
10                 Q.    And going to the second page of
11      Exhibit 10 --
12                 A.     This is the offset of the
13      entry.  The debit was to the intercompany
14      account, the credit was to cash.
15                 Q.    Who made the entry on the
16      second page?
17                 A.     Either me or somebody who works
18      for me.
19                 Q.    Go to the third page, please.
20      There is a single, unredacted entry on the third
21      page of Exhibit 10.  Who made that entry?
22                 A.     This is the same as the first
23      page.
24                 Q.    Well, it would appear to be,
25      but this is how it was provided to us by your
```

Elisa Dreier Reporting Corp. (212) 557-5558
      780 Third Avenue, New York, NY 10017

2008 05 27 Final Transcript of Carpenter Deposition.txt

9  conversation between Michael Belfonti and Rob

10  Varrone.  Do you see that on the first paragraph

11  of your e-mail?

12          A.    Yes.

13          Q.    Do you know what that

14  conversation was about?

15          A.    I don't recall.

16          Q.    Did Mr. Belfonti instruct you

17  to do something subsequent to that conversation?

18          A.    I don't recall that

19  Mr. Belfonti it said to me or did not say to me.

20  I'm only being able to see what I wrote here.

21          Q.    Fair enough.  Do you know why

22  you sent this e-mail, the one on January 9th

23  of -- at 10:13 a.m. to Mr. Rosenberg and the

24  others listed?

25          A.    To inform them that the funds

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

☐

119

1              Victoria Carpenter

2  were being sent.

3          Q.    Why were funds being sent?

4          A.    There was not enough money in

5  the Wachovia lockbox account to cover the

6  mortgage payment.

7          Q.    I see.  So this was another

8  shortfall situation as had -- same as what

9  existed in December of '06?

10          A.    Yes, yes.

Page 109

2008 05 27 Final Transcript of Carpenter Deposition.txt

11          Q.    But now the shortfall was

12    bigger than it was in December of '06, correct?

13          A.    Yes.

14          Q.    And what's your understanding

15    as to what would have happened had these funds

16    not been wired to Wachovia?

17                MR. MENCHEL:  Objection to

18          form.

19                MR. SLOSSBERG:  Objection to

20          form.

21    BY MR. MERVIS:

22          Q.    You can answer.

23          A.    The -- we would have lost the

24    ownership of the hotel.

25          Q.    Who is "we"?

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

120

1                Victoria Carpenter

2          A.    I'm sorry, the Belfonti entity,

3    the owners -- the Belfonti owners of the hotel.

4          Q.    Michael Belfonti and his

5    companies?

6          A.    The owners of the hotel.

7          Q.    And -- all right.  Where did

8    these funds come from then, this roughly

9    1.8 million?

10          A.    1.3 was disbursed from one of

11    the Belfonti companies.  The other 500,000,

12    roughly, was borrowed from Michael Belfonti's

13    mother, Constance Belfonti.

Page 110

2008 05 27 Final Transcript of Carpenter Deposition.txt

12    BY MR. MERVIS:

13                    Q.    Yes.

14                    A.    It was my assumption, it was

15    always in my knowledge.  I don't know where it

16    came from.  They were intercompany loans.

17                    Q.    You shared that assumption with

18    Marieta Ras; is that correct?

19                    A.    Yes.

20                        MR. MERVIS:  Let me ask the

21                    reporter to mark this, please.

22                        (General Ledger marked

23                    Carpenter Exhibit 14 for

24                    identification.)

25

            Elisa Dreier Reporting Corp. (212) 557-5558
                 780 Third Avenue, New York, NY 10017

⬜

                                                        133


1                        Victoria Carpenter

2    BY MR. MERVIS:

3                    Q.    Ms. Carpenter, the reporter has

4    placed in front of you what we've had marked for

5    identification as Exhibit 14.  Again, lots of

6    redactions, but I'll ask you if you recognize at

7    least the portions that aren't redacted?

8                    A.    Yes.

9                    Q.    What is this exhibit?

10                    A.    This is a copy of a portion of

11    the MCR Property Management general ledger for

12    the property October 1, 2006 through June 30th,

13    2007.

14                    Q.    The first page of Exhibit 14
                                Page 122

2008 05 27 Final Transcript of Carpenter Deposition.txt

15    you'll see two entries.  For the moment, I want

16    to address you to the 1/8/07 entry.

17              A.    Yes.

18              Q.    What transaction does that

19    relate to?

20              A.    The wire that was sent to

21    Harlow Adams and Friedman.

22              Q.    For a little more than

23    $1.3 million?

24              A.    Yes.

25              Q.    Which you say was a loan made

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

☐

1              Victoria Carpenter

2    to AHE?

3              A.    Yes.

4              Q.    Who made this entry?

5              A.    Either I did or someone who

6    works for me.

7              Q.    The second page of the exhibit

8    you'll see a corresponding entry; is that right?

9              A.    Yes.

10              Q.    Who made that entry?

11              A.    Either I did or someone that

12    works for me.

13              Q.    You can put it aside, but not

14    too far away because I'm going to come back to

15    it.  You also said there was a loan, if I got it

16    wrong you'll tell me, you said there was a loan

2008 05 27 Final Transcript of Carpenter Deposition.txt
17    for $500,000 made by Michael Belfonti's mother?

18              A.    Yes.

19              Q.    Tell me everything you know

20    about that alleged loan.

21                   MR. NAVARRO:  Objection to

22              form.

23                   THE WITNESS:  Ms. Belfonti

24              borrowed money from the Constance

25              Belfonti Irrevocable Trust.  It was

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

135

1              Victoria Carpenter

2              secured by a mortgage on their home.

3              Then the -- essentially all the funds

4              were then loaned to -- loaned for the

5              payment of the additional money

6              needed to come up with the

7              1.8 million.

8    BY MR. MERVIS:

9              Q.    To pay the Wachovia mortgage?

10             A.    Yes.

11             Q.    In January of '07?

12             A.    Yes.

13             Q.    So, forgive me if I asked this,

14    I may have, you don't know who Ms. Belfonti

15    loaned the money to in the first instance?

16                  MR. NAVARRO:  Objection.

17             Asked and answered.

18                  MR. MERVIS:  Predictable.

19    BY MR. MERVIS:

2008 05 27 Final Transcript of Carpenter Deposition.txt

```
20                Q.    You can answer.
21                      MR. NAVARRO:  So was your
22                question.
23                      THE WITNESS:  That's correct.
24    BY MR. MERVIS:
25                Q.    Your understanding is that
```

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

                                        136


```
 1                 Victoria Carpenter
 2    $500,000 ultimately became a loan to AHE; is
 3    that right?
 4                A.    Yes.
 5                Q.    But you don't know who the
 6    lender was?
 7                      MR. SLOSSBERG:  Objection to
 8                form.
 9                      THE WITNESS:  Yes.
10    BY MR. MERVIS:
11                Q.    I'm sorry, it's a bad question.
12    Do you know who the lender was?
13                      MR. NAVARRO:  Objection.
14                Asked and answered for the third
15                time.
16                      THE WITNESS:  No.
17    BY MR. MERVIS:
18                Q.    Who made the decision, on
19    behalf of the lender, to make this approximately
20    $500,000 loan to AHE?
21                A.    Michael Belfonti.
```

Page 125

2008 05 27 Final Transcript of Carpenter Deposition.txt

22          Q.    How do you know that?

23          A.    I don't know.

24          Q.    You just know it, but you don't

25    know why you know it?

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

137

1                    Victoria Carpenter

2           A.    Yeah.

3           Q.    Fair enough.  There are things

4     like that in life.

5           A.    I don't remember the specifics.

6           Q.    Who, on behalf of AHE, agreed

7     to be the borrower?

8                    MR. SLOSSBERG:  Objection to

9             form.

10                   THE WITNESS:  I don't know.

11    BY MR. MERVIS:

12          Q.    Who negotiated the terms of

13    this alleged loan?

14                   MR. SLOSSBERG:  Objection to

15            form.

16                   THE WITNESS:  I don't know.

17    BY MR. MERVIS:

18          Q.    What were the terms of this

19    loan?

20                   MR. SLOSSBERG:  Objection to

21            form.

22    BY MR. MERVIS:

23          Q.    The money originally came out

24    of, I think you said, the Constance E. Belfonti

Page 126

2008 05 27 Final Transcript of Carpenter Deposition.txt

25        Irrevocable Trust?

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

                                                              138

1                    Victoria Carpenter

2              A.    Yes.

3              Q.    Where is that located?

4                    MR. SLOSSBERG:  Objection to

5         form.

6                    THE WITNESS:  I don't know

7              what that means, where is it located.

8    BY MR. MERVIS:

9              Q.    Is the trust -- does it reside

10        in some state in the United States?

11             A.    Connecticut, I believe.

12             Q.    And Ms. Belfonti, where did she

13        live back in January of 2007?

14             A.    Connecticut.

15             Q.    The money ultimately wound up

16        with Wachovia in North Carolina; is that right?

17             A.    Yes.

18                   (An off-the-record

19              discussion took place.)

20                   (A recess was taken.)

21   BY MR. MERVIS:

22             Q.    Looking at the first page of

23        Exhibit 14, the second entry, the one we didn't

24        look at before, do you know what that -- do you

25        know what transaction that entry relates to?

2008 05 27 Final Transcript of Carpenter Deposition.txt

139

1              Victoria Carpenter
2         A.    That relates to the March 9th
3    wire to Wachovia, to cover the mortgage
4    shortfall.
5         Q.    So, again, that was a wire --
6    that was money that came from a Belfonti entity
7    other than AHE?
8         A.    Yes.
9         Q.    That was used to pay AHE's
10   mortgage?
11        A.    Yes.
12        Q.    So there wouldn't be a default?
13        A.    Yes.
14        Q.    So the Belfonti entities could
15   continue to own the hotel?
16        A.    Yes.
17        Q.    Does that one point --
18   approximately $1.1 million transaction, is that
19   a loan?
20        A.    Yes.
21        Q.    Who was the alleged lender?
22        A.    The alleged lender?
23        Q.    Yes, in your mind, who was the
24   lender?
25        A.    Actually, I want to clarify.

Elisa Dreier Reporting Corp. (212) 557-5558
        780 Third Avenue, New York, NY 10017

140

Page 128

2008 05 27 Final Transcript of Carpenter Deposition.txt

Victoria Carpenter

1
2  It was one of the Belfonti entities, and when I
3  said to you before it was definitely Belfonti
4  Capital, I know it's one of the Belfonti
5  entities.  Because they are closely related, I
6  can't really say for sure which entity it was
7  that was lending the money.
8          Q.    Let me ask you a question.  We
9  just took a break a few minutes ago.  Did you
10  discuss the subject of the testimony that you
11  gave me during the course of the break?
12              MR. SLOSSBERG:  I object.
13              That calls for revealing discussions
14              with counsel.  I instruct her not to
15              answer that.
16  BY MR. MERVIS:
17          Q.    Did one or more of the
18  attorneys in the room tell you you made a
19  mistake and that you should correct your
20  testimony?
21              MR. SLOSSBERG:  Same
22              objection, same instruction.
23  BY MR. MERVIS:
24          Q.    So, going back to the
25  $1.3 million approximately, what you're saying

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

141

Victoria Carpenter

1
2  now is that you're not sure which Belfonti

Page 129