# EXHIBIT D

# AHE and Hotel Consolidated Financial Report

7/3/2007

Register: Long Term Liabilities AHE:2013 · Belfonti Capital Partners LLC
From 04/01/2006 through 07/03/2007
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Increase | C | Decrease | Balance |
|---|---|---|---|---|---|---|---|---|
| 05/03/2006 | 52 | | Equity Hotel:90-3000 ·... | Account Openi... | 4,873,702.86 | X | | 4,873,702.86 |
| 06/30/2006 | | Aruba Hotel Enterpri... | Banks AHE:1018 · Wa... | Net change June | 944,040.00 | | | 5,817,742.86 |
| 07/30/2006 | 63 | Aruba Hotel Enterpri... | Banks AHE:1018 · Wa... | Net change July | 499,950.00 | | | 6,317,692.86 |
| 08/30/2006 | | Aruba Hotel Enterpri... | Banks AHE:1013 · Wa... | Net change Au... | 944,020.00 | | | 7,261,712.86 |
| 09/30/2006 | 67 | Aruba Hotel Enterpri... | Banks AHE:1013 · Wa... | Net change Sep... | | | | 7,261,712.86 |
| 10/30/2006 | 71 | Aruba Hotel Enterpri... | Banks AHE:1013 · Wa... | Net change Oct... | 847,182.12 | | | 8,108,894.98 |
| 11/30/2006 | 73 | Aruba Hotel Enterpri... | Banks AHE:1013 · Wa... | Net change No... | | | 932,933.12 | 7,175,961.86 |
| 12/31/2006 | 77 | Aruba Hotel Enterpri... | Banks AHE:1013 · Wa... | Net change De... | | | 465,269.00 | 6,710,692.86 |
| 01/30/2007 | 80 | Aruba Hotel Enterpri... | Banks AHE:1013 · Wa... | Net movement ... | 1,855,861.80 | | | 8,566,554.66 |

MB00009