# EXHIBIT E

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   DISTRICT OF CONNECTICUT
 4   -------------------------------x
 5   ARUBA HOTEL ENTERPRISES, N.V.,
 6
 7                 Plaintiffs,
 8        v.              07 Civ. 01297 (JCH)
 9
10   MICHAEL BELFONTI and MCR
11   PROPERTY MANAGEMENT, INC.,
12
13                 Defendants.
14   -------------------------------x
15
16            DEPOSITION OF MARIETA RAS
17              New York, New York
18                July 22, 2008
19
20   Reported by:
21   MARY F. BOWMAN, RPR, CRR
22   JOB NO. 17805
23
24
25
```

1                    M. RAS

2       Q.    Who were the auditors before PWC?              12:25:31

3       A.    Ernst & Young, and before that,                12:25:35

4  Arthur Andersen.                                          12:25:36

5       Q.    And for every year that you were               12:25:38

6  there from 1993 to the present, did AHE's                 12:25:40

7  books and records always get audited by an                12:25:44

8  outside auditor?                                          12:25:48

9       A.    Yes.                                           12:25:49

10      Q.    Normally, when were the audits done            12:25:51

11 for each year?  What time of year were the                12:25:53

12 audits done?                                              12:25:56

13      A.    Between March and June.                        12:25:58

14      Q.    Of the following year?                         12:26:00

15      A.    Yes.                                           12:26:00

16      Q.    Normally how long would it take for            12:26:01

17 an audit to be completed before you get the               12:26:03

18 full audit report?                                        12:26:05

19      A.    In our case, maybe -- it takes                 12:26:07

20 three weeks -- six weeks, two months.                     12:26:27

21      Q.    From the finishing of the field                12:26:31

22 work?                                                     12:26:32

23      A.    Yes, including one month that they             12:26:32

24 do during the year as a procedure and                     12:26:35

25 control.  So if you want to add that.                     12:26:38

```
 1                    M. RAS
 2       Q.    When do they give you the procedure        12:26:42
 3  and control?                                          12:26:43
 4       A.    Normally they do it in September           12:26:44
 5  and November of the current year for about            12:26:47
 6  three, four weeks.                                    12:26:49
 7       Q.    I am going to show you a document.         12:27:02
 8             (Exhibit 6, document Bates stamped         12:27:15
 9       AHE 000057 through 67 marked for                 12:27:16
10       identification, as of this date.)                12:27:22
11       Q.    Ms. Ras, I ask you to take a look          12:27:32
12  at what has been marked as Ras Exhibit 6.  Do         12:27:34
13  you recognize it?  I am sorry, you said yes?          12:27:43
14       A.    I am just talking about the first          12:27:49
15  letter.                                               12:27:52
16       Q.    No problem.                                12:27:52
17       A.    Yes.                                       12:28:14
18       Q.    What is it?                                12:28:15
19       A.    It is a letter to PriceWaterhouse.         12:28:18
20       Q.    That's the first page?                     12:28:21
21       A.    Yeah.                                      12:28:23
22       Q.    And what's behind it?                      12:28:24
23       A.    It is the engagement letters.              12:28:26
24       Q.    Did you sign the engagement letter         12:28:30
25  for PriceWaterhouse?                                  12:28:32
```

|   |   |   |
|---|---|---|
| 1 | M. RAS | |
| 2 | audit meeting, but we had a conversation. | 14:13:11 |
| 3 | Q.   I understand.  Thank you. | 14:13:13 |
| 4 | To your knowledge, who else | 14:13:26 |
| 5 | from AHE have the PWC auditors spoken to | 14:13:40 |
| 6 | about this issue, pending item number 13? | 14:13:44 |
| 7 | A.   On an audit level, they will be | 14:13:49 |
| 8 | speaking with Alcira on the individual | 14:13:54 |
| 9 | transaction because she will provide them | 14:13:57 |
| 10 | with all the back-up of the different | 14:13:58 |
| 11 | transactions that are in my general ledger. | 14:14:01 |
| 12 | Q.   Anybody else? | 14:14:06 |
| 13 | A.   No. | 14:14:06 |
| 14 | Q.   Do you know what she has told them? | 14:14:07 |
| 15 | Were you present in any conversations that | 14:14:08 |
| 16 | Alcira had with the PWC auditors? | 14:14:10 |
| 17 | MR. MERVIS:  There is two questions | 14:14:13 |
| 18 | in there. | 14:14:15 |
| 19 | Q.   Were you present -- withdrawn. | 14:14:16 |
| 20 | Do you know if Alcira had any | 14:14:17 |
| 21 | conversations with the PWC auditors? | 14:14:19 |
| 22 | A.   I'm not sure but I assume.  I don't | 14:14:24 |
| 23 | want to assume, but it is -- she would be -- | 14:14:26 |
| 24 | she would have had conversations with them on | 14:14:29 |
| 25 | this issue. | 14:14:31 |

...

1              M. RAS

2       Q.    What are you basing your assumption          14:14:32
3    on?                                                   14:14:34
4       A.    Because of the -- they would                 14:14:35
5    request to see the transactions of such               14:14:37
6    account.                                              14:14:41
7       Q.    Has Alcira ever told you that she            14:14:42
8    has had conversations with the PWC auditors           14:14:45
9    concerning this issue?                                14:14:48
10      A.    Not specifically.                            14:14:52
11      Q.    How about generally?                         14:14:53
12      A.    Not as I recall.                             14:15:01
13      Q.    I am going to talk to you now more           14:15:38
14   specifically about each one of these                  14:15:41
15   transactions.                                         14:15:43
16            (Exhibit 12, document Bates stamped          14:15:52
17       MB000090 marked for identification, as of         14:15:55
18       this date.)                                       14:15:57
19      Q.    Ms. Ras, do you recognize what has           14:16:13
20   been marked as Ras Exhibit 12?                        14:16:16
21      A.    The font is different.                       14:16:29
22      Q.    When you say the font is different,          14:16:35
23   different from what?                                  14:16:37
24      A.    What I used to see.                          14:16:39
25      Q.    Have you ever seen Ras Exhibit 12            14:16:42

|    |                                                                      |            |
|----|----------------------------------------------------------------------|------------|
| 1  | M. RAS                                                               |            |
| 2  | please.                                                              | 14:25:19   |
| 3  | (Record read)                                                        | 14:25:20   |
| 4  | A.   I wouldn't -- I do not -- I cannot                              | 14:25:25   |
| 5  | make that statement. I cannot answer that                            | 14:25:29   |
| 6  | question. But based on my -- it has two                              | 14:25:31   |
| 7  | sides; one, because you had to post in your                          | 14:25:44   |
| 8  | journal transaction for the purchase and sale                        | 14:25:48   |
| 9  | agreement, and then secondly, if you made an                         | 14:25:51   |
| 10 | investment to buy actually -- it is a -- it                          | 14:25:59   |
| 11 | is a buyer's -- it is his investment into                            | 14:26:02   |
| 12 | buying something.                                                    | 14:26:08   |
| 13 | Q.   You told Alcira to book this money,                             | 14:26:16   |
| 14 | the 4 million plus, 4.8 million as a long                            | 14:26:19   |
| 15 | term liability, right, that was your                                 | 14:26:23   |
| 16 | instructions?                                                        | 14:26:25   |
| 17 | MR. MERVIS:   Already been                                           | 14:26:29   |
| 18 | stipulated.                                                          | 14:26:30   |
| 19 | Q.   Right?                                                          | 14:26:31   |
| 20 | A.   That's correct.                                                 | 14:26:31   |
| 21 | Q.   And on what basis did you tell her                              | 14:26:32   |
| 22 | to book it as a liability if you didn't                              | 14:26:34   |
| 23 | believe it was a liability?                                          | 14:26:37   |
| 24 | A.   On the basis that I had to book                                 | 14:26:39   |
| 25 | that amount somewhere and that was my best                           | 14:26:41   |

Page 205

|    |    |    |
|---|---|---|
| 1  | M. RAS | |
| 2  | is Exhibit 12.  Do you see the third line | 15:14:23 |
| 3  | from the top, it says, July 30, 2006.  Do you | 15:14:49 |
| 4  | see that, Ms. Ras? | 15:15:12 |
| 5  | A.   Yes. | 15:15:14 |
| 6  | Q.   I am referring you to the third | 15:15:15 |
| 7  | entry from the top dated July 30, 2006, | 15:15:16 |
| 8  | $499,950.  Do you see that? | 15:15:19 |
| 9  | A.   Yes. | 15:15:25 |
| 10 | Q.   This was also booked, was it not, | 15:15:33 |
| 11 | as long term liability owed to Belfonti | 15:15:34 |
| 12 | Capital Partners, is that correct? | 15:15:36 |
| 13 | A.   As part of the incoming funds from | 15:15:49 |
| 14 | Belfonti. | 15:15:51 |
| 15 | Q.   Did you understand at the time that | 15:15:52 |
| 16 | Mr. Belfonti intended this to be a loan for | 15:15:53 |
| 17 | working capital? | 15:15:56 |
| 18 | MR. MERVIS:  This is being the -- | 15:15:57 |
| 19 | Q.   $499,950. | 15:15:58 |
| 20 | A.   Not as I recall. | 15:16:02 |
| 21 | Q.   Not that you recall? | 15:16:03 |
| 22 | A.   That he didn't -- can you repeat | 15:16:06 |
| 23 | the question? | 15:16:09 |
| 24 | Q.   Yeah, did you understand this | 15:16:09 |
| 25 | $499,950 that came from Belfonti Capital | 15:16:10 |

| | | |
|---|---|---|
| 1 | M. RAS | |
| 2 | A. I cannot state which company is | 15:33:51 |
| 3 | Belfonti Holdings. I assume that's the | 15:33:51 |
| 4 | company that is sending in the 499? | 15:33:51 |
| 5 | Q. Let's assume that for the purposes | 15:33:52 |
| 6 | of my question and then you can answer the | 15:33:53 |
| 7 | question. | 15:33:55 |
| 8 | A. I am a little bit confused with the | 15:34:04 |
| 9 | last part of ownership of -- | 15:34:05 |
| 10 | Q. You understand that when someone | 15:34:09 |
| 11 | gets equity in a company, that means they | 15:34:10 |
| 12 | have a certain percentage of ownership in the | 15:34:14 |
| 13 | company, right? | 15:34:17 |
| 14 | A. Yeah. | 15:34:17 |
| 15 | MR. MERVIS: I object to the form. | 15:34:19 |
| 16 | Q. And my question is, assuming that | 15:34:20 |
| 17 | Belfonti Holdings was the entity that gave or | 15:34:23 |
| 18 | transferred the $499,950 to AHE, do you know | 15:34:26 |
| 19 | whether they received any kind of an | 15:34:31 |
| 20 | ownership stake in AHE as a result of that | 15:34:33 |
| 21 | infusion of money? | 15:34:37 |
| 22 | A. No. | 15:34:39 |
| 23 | Q. You don't know? | 15:34:40 |
| 24 | A. No. | 15:34:41 |
| 25 | Q. Prior to this lawsuit being filed, | 15:34:45 |