# EXHIBIT H



1/16/08 at 16:33:49.04

Page: 1

**Belfonti Holdings LLC**
**General Ledger**
For the Period From Jan 1, 2006 to Dec 31, 2006

Filter Criteria includes: Report order is by ID. Report is printed with Truncated Transaction Descriptions and in Detail Format.

| Account ID / Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 1000 Cash - Operating | | | | | | | |
| | | | | Redacted | | | |
| | 7/25/06 | | GENJ | Wire transfer fee | | 25.00 | |
| | 7/27/06 | wire | CDJ | Aruba Hotel Enterprises NV | | 500,000.00 | |
| | | | | Redacted | | | |
| 1320 | | | | | | | |

CONFIDENTIAL

MB000106

1/16/08 at 16:33:49.07                                                                                         Page: 3

**Belfonti Holdings LLC**
**General Ledger**
For the Period From Jan 1, 2006 to Dec 31, 2006
Filter Criteria includes: Report order is by ID. Report is printed with Truncated Transaction Descriptions and in Detail Format.

| Account ID / Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 2202 (cont.) | | | | | | | |
| 2203 Due to/from Belfonti Asso | | | | Redacted | | | |
| 2205 Due to/from Scovill Com | | | | | | | |
| 2206 Due to/from Aruba Hotel | 7/27/06 | wire | CDJ | Aruba Hotel Enterprises NV | 500,000.00 | | |
| 2281 Due to From MAB Invest | | | | Redacted | | | |

CONFIDENTIAL                                                                                        MB000107

7/3/07 at 14:33:39.85

Page: 1

## Belfonti Holdings LLC
### General Ledger
For the Period From Jan 1, 2006 to Jun 30, 2007

Filter Criteria includes: 1) IDs from 1000 to 1000. Report order is by ID. Report is printed with Truncated Transaction Descriptions and in Detail Format.

| Account ID / Account Description | Date | Referenc | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 1000 Cash - Operating | | | | | | | |
| | 7/25/06 | | GEN | Wire transfer fee | | 25.00 | |
| | 7/27/06 | wire | CDJ | Aruba Hotel Enterprises | | 500,000.00 | |

*[Redacted]*

CONFIDENTIAL

MB000108

7/3/07 at 14:33:39.88

Page: 2

# Belfonti Holdings LLC
## General Ledger
### For the Period From Jan 1, 2006 to Jun 30, 2007

Filter Criteria includes: 1) IDs from 1000 to 1000. Report order is by ID. Report is printed with Truncated Transaction Descriptions and in Detail Format.

| Account ID Account Description | Date | Referenc | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 1000 (cont.) | | | | | | | |

[Remainder of table redacted]

CONFIDENTIAL	MB000109