# EXHIBIT I

11/20/07 at 16:33:38.73                                                                                                Page: 17

Belfonti Capital Partners LLC
General Ledger
For the Period From Jan 1, 2006 to Dec 31, 2006

Filter Criteria includes: Report order is by ID. Report is printed with Truncated Transaction Descriptions and in Detail Format.

| Account ID<br>Account Description | Date | Referenc | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 2212 (cont.) | | | | Redacted | | | |
| | 12/8/06 | wire | CDJ | Aruba Hotel Enterprises | 393,000.00 | | |
| 2213<br>Due to.from MAB Inv | | | | Redacted | | | |
| 2214<br>Due to/from Three De | | | | | | | |

MB00011

7/3/07 at 15:03:57.14                                                                                                    Page: 1

# Belfonti Capital Partners LLC
## General Ledger
For the Period From Dec 1, 2006 to Dec 31, 2006

Filter Criteria includes: 1) IDs from 1000 to 1000. Report order is by ID. Report is printed with Truncated Transaction Descriptions and in Detail Format.

| Account ID / Account Description | Date | Referenc | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 1000 Cash - Operating | | | | | | | |
| | 12/8/06 | wire | CDJ | Aruba Hotel Enterprises | | 393,000.00 | |



MB00001