# EXHIBIT J

2008 04 17 Friedman Deposition Transcript.txt

1

```
 1
 2              UNITED STATES DISTRICT COURT
 3                DISTRICT OF CONNECTICUT
 4   ------------------------------------x
 5   ARUBA HOTEL ENTERPRISES N.V.,
 6                    Plaintiff,
 7
 8        -against-              3:07 Civ. 1297(JCH)
 9   MICHAEL BELFONTI, MCR PROPERTY
10   MANAGEMENT INC. and CEB
11   IRREVOCABLE TRUST,
12                    Defendants.
13   ------------------------------------x
14                   April 17, 2008
15                   10:26 a.m.
16
17        DEPOSITION of DANA ERIC FRIEDMAN, taken by
18   Plaintiff, at the offices of Murtha Cullina LLP,
19   177 Broad Street, Stamford, Connecticut, before Amy
20   Klein, a Shorthand Reporter and Notary Public
21   within and for the State of New York.
22
23
24
25
```

2

```
 1
 2      A P P E A R A N C E S:
 3         PROSKAUER ROSE LLP
              Attorneys for Plaintiff
 4            1585 Broadway
```

Page 1

2008 04 17 Friedman Deposition Transcript.txt

20    your firm render legal services to Michael Belfonti
21    in his individual capacity?
22         A.    Yes.
23         Q.    Did you personally?
24         A.    Yes.
25         Q.    One of the Plaintiffs in this case is

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

29

1                   -Friedman-
2    named MCR Property Management, Inc.  I think to
3    save trees I'll refer to that entity as MCR.
4              Will you understand me, when I refer to
5    "MCR," to be referring to the Plaintiff entity?
6         A.    Yes.
7         Q.    Yes?
8         A.    Yes.
9         Q.    Sorry to cut you off.
10             Is MCR an acronym?  If you know.
11        A.    I don't really know.
12        Q.    So you don't know whether those letters
13   stand for anything in particular?
14        A.    I could conjecture, but I don't really
15   know.
16        Q.    I don't need the conjecture.  That's
17   okay.
18             What is MCR's business today?
19        A.    Property management.
20        Q.    And what was it back in 2006 and 2007?
21        A.    Property management.
22        Q.    Who are the owners of MCR?

Page 26

2008 04 17 Friedman Deposition Transcript.txt

23      A.     Constance Belfonti and the Richard
24  Belfonti Trust.
25      Q.     Were they the owners in 2006 and 2007?

Elisa Dreier Reporting Corp.   (212) 557-5558
780 Third Avenue, New York, NY 10017

30

1                    -Friedman-
2       A.     No.
3       Q.     Who were the owners in 2006?
4       A.     Constance Belfonti and Richard Belfonti.
5       Q.     And 2007?
6       A.     For some part of 2007 Richard was a
7   shareholder, and thereafter his trust became a
8   shareholder.
9       Q.     Richard Belfonti passed away sometime in
10  2007?
11      A.     Yes.
12      Q.     Did the trust become a shareholder at
13  any time before he passed away?
14      A.     Yes.
15      Q.     In 2006 who were the officers of MCR?
16      A.     I don't specifically recall.
17      Q.     In 2007 who were the officers of MCR?
18      A.     I believe the officers included Richard
19  Tollino as president, Michael Belfonti as a vice
20  president.  Richard Belfonti was an officer prior
21  to his death.  I believe he was treasurer and vice
22  president, but I may be wrong on that.
23      Q.     Richard?
24      A.     Or secretary and vice president.  I just
25  don't recall.