# EXHIBIT K

3/21/08 at 16:04:22.48                                                                                                                Page: 1

## MCR Property Management, Inc.
## General Ledger
### For the Period From Oct 1, 2006 to Jun 30, 2007

Filter Criteria includes: 1) IDs from 2273 to 2273. Report order is by ID. Report is printed with Truncated Transaction Descriptions and in Detail Format.

| Account ID<br>Account Description | Date | Referenc | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 2273<br>Due to/from Aruba H | | | | Redacted | | | |
| | 1/8/07 | wire 1/8 | CDJ | Harlow Adams & Fried | 1,307,611.80 | | |
| | | | | Redacted | | | |
| | 3/12/07 | wire 3/9 | CDJ | Aruba Hotel Enterprises | 1,161,874.00 | | |
| | | | | Redacted | | | |

MB0001