# EXHIBIT N

| | |
|---|---|
| **From:** | Marieta Ras <mras@arubahe.com> |
| **Sent:** | Tuesday, June 26, 2007 5:36 PM |
| **To:** | 'Alcira Croes' <aacosta@arubahe.com> |
| **Subject:** | FW: Pending items AHE Hotel and draft SUD |
| **Attach:** | SUD AHE Hotel 2006.pdf;ATT00034.txt |

## REDACTED

**From:** Marieta Ras [mailto:mras@arubahe.com]
**Sent:** Tuesday, June 26, 2007 5:34 PM
**To:** 'edsel.n.lopez@an.pwc.com'; 'richard.janssen@nl.pwc.com'; varelie.croes@an.pwc.com
**Cc:** 'hans.ruiter@an.pwc.com'
**Subject:** Pending items AHE Hotel and draft SUD

Adjustments # 9, #10, and # 13 are the adjustment that remain outstanding.

Please note that for item # 13,we will need a legal opinion and I would like to leave this pending item out of the 2006 audit.

## REDACTED

**Marieta Ras**
**Managing Director**
Aruba Hotel Enterprises N.V. / Owner of The Westin Aruba Resort
J.E. Irausquin Blvd. 77, Palm Beach, Aruba.
**Phn:** (297) 526 4404  **Fax:**(297) 586 3775  **USA** (516) 394 3524
mras@arubahe.com

**From:** richard.janssen@nl.pwc.com [mailto:richard.janssen@nl.pwc.com]
**Sent:** Wednesday, June 06, 2007 11:52 PM
**To:** Marieta Ras
**Cc:** de.vries.martin@an.pwc.com; edsel_lopez@pwc.com

**Subject:** Pending items AHE Hotel and draft SUD

REDACTED

7. Documentation to support release of Belfonti loan pending

REDACTED

I have also included the Summary of Unadjusted Differences. Please note that I have not included a SUD item for the write off on the interest receivable as we agreed to discuss this tomorrow in our meeting.

Kind regards,

---

**R.T.R.M. (Richard) Janssen - Assurance | PricewaterhouseCoopers**
Flightforum 840 | Eindhoven | PO Box 6365 | 5600 HJ | ☎ : +31 40 224 45 59 | 📠: +31 40 224 46 05 | 📱 : +31 6 20 53 70 94
✉: richard.janssen@nl.pwc.com

| PricewaterhouseCoopers LLP | | |
|---|---|---|
| **Summary of Unadjusted Differences - Iron Curtain Method** | | |
| Client: Aruba Hotel Enterprises N.V. | Prepared by: | Richard Janssen |
| Period: FY 2006 | Date: | June 6, 2007 |
| File Name: SUD AHE Hotel 2006.xls | Reviewed by: | Edsel N. Lopez |
| | Date: | June 7, 2007 |

REDACTED

REDACTED

| | | | |
|---|---|---|---|
| 13 | Due to the departure of Belfonti from the project, management claims that the loan is no longer payable. **Substantive documentation pending** | 2013 @ 7300 | Belfonti Capital Partners LLC @ Miscellaneous expenses |

REDACTED