# EXHIBIT P

h.s. croes*
r.m. wever †
p.j. tchong**
i.r. giesen-wever*
d.m. passchier*
e.c wever-croes**
a.a. ruiz*
k. de l'isle*

by facsimile

the information in this document and its attachments, if any, is confidential, privileged or otherwise protected. it is intended for the person(s) to whom it is addressed. if you are not the intended recipient, you are notified that any disclosure, distribution, copying or use of this information is prohibited. if you have received it in error, please notify us so that retrieval can be arranged at no cost to you. thank you.

**CROES WEVER TCHONG**
lawyer* tax lawyer**

tel: +(297) 582 2138
fax: +(297) 583 2363
e-mail direct: hsc@lawyersaruba.com

✉ p.o. box 650 • oranjestad • aruba
no.: 583 1910

Mr J.P. Sjiem Fat Esq.
J.G. Emanstraat 49-A
Oranjestad, Aruba

your reference    your letter•fax•e-mail of    our reference    date (dd/mm/yyyy)
                                              0107019          23/08/2007

re
Belfonti Holdings LLC;                                          page 1 of 1
Belfonti Capital Partners LLC;
MCR Property Management Inc.;
CEB Irrevocable Trust
vs.
Aruba Hotel Management

Dear Colleague,

This is in reply to your letter dated 21st August, 2007 sent to our client Aruba Hotel Enterprises NV.

As you know, this law firm represents Aruba Hotel Enterprises, NV ("AHE"). AHE has asked me to respond to your letter dated 21st August last asserting claims by various entities controlled by Michael Belfonti concerning alleged "loans" by those entities to AHE. Be advised that AHE denies your clients' claims, which are asserted in extreme bad faith. AHE will forcefully defend any proceeding that may be brought by your clients and will seek all appropriate remedies against them.

Sincerely,
Your obliging colleague,

*[signature]*

Hendrik S. Croes

visit • deliver: arulex center•punta brabo•oranjestad•aruba

a partnership of professional corporations providing services pursuant to its general conditions. a copy can be obtained upon request

aruba bank•banco di caribe•
caribbean mercantile bank•
rbtt bank aruba