# EXHIBIT S

| | |
|---|---|
| **From:** | richard.janssen@nl.pwc.com |
| **Sent:** | Wednesday, June 6, 2007 11:52 PM |
| **To:** | Marieta Ras <mras@arubahe.com> |
| **Cc:** | de.vries.martin@an.pwc.com; edsel_lopez@pwc.com |
| **Subject:** | Pending items AHE Hotel and draft SUD |
| **Attach:** | SUD AHE Hotel 2006.pdf;ATT00034.txt |

Dear Marietta,

As discussed I hereby send you a listing with the items that are currently pending for the completion of the field work of the audit:

## Redacted

7. Documentation to support release of Belfonti loan pending

## Redacted

I have also included the Summary of Unadjusted Differences. Please note that I have not included a SUD item for the write off on the interest receivable as we agreed to discuss this tomorrow in our meeting.

Kind regards,

---

R.T.R.M. (Richard) Janssen - Assurance | PricewaterhouseCoopers
Flightforum 840 | Eindhoven | PO Box 6365 | 5600 HJ | ☎: +31 40 224 45 59 | 📠: +31 40 224 46 05 | 📱: +31 6 20 53 70 94
✉: richard.janssen@nl.pwc.com

| PricewaterhouseCoopers LLP | | | |
|---|---|---|---|
| *Summary of Unadjusted Differences - Iron Curtain Method* | | | |
| Client: | Aruba Hotel Enterprises N.V. | Prepared by: | **Richard Janssen** |
| Period: | FY 2006 | Date: | **June 6, 2007** |
| File Name: | SUD AHE Hotel 2006.xls | Reviewed by: | **Edsel N. Lopez** |
| | | Date: | **June 7, 2007** |

Redacted

| 13 | Due to the departure of Belfonti from the project, management claims that the loan is no longer payable. Substantive documentation pending | 2013 @ 7300 | Belfonti Capital Partners, LLC @ Miscellaneous expenses |
|---|---|---|---|

Redacted

Redacted