# EXHIBIT T

| | |
|---|---|
| **From:** | Marieta Ras <mras@arubahe.com> |
| **Sent:** | Tuesday, August 21, 2007 4:44 PM |
| **To:** | 'kkornblau@petracap.com'; jiacono@petracap.com |
| **Subject:** | Claim from Belfonti. |
| **Attach:** | Mail0001.PDF |

Dear Ken and Jo,

I received this fax today, reference a claim by the entities owned by Belfonti, on the amoutn of $ 8,784,388.66 that they funded AHE, for operational shortfalls, debt service pament, etc. in 2006/2007.

**Facts:**

- these funds were received either by Wachovia or hotel for the purpose outlined in the claim. We have it in our books.

- there is no loan agreement signed between any of these parties with AHE. And to my knowledge there never was.

- the fact that the owner funded without outlining the terms for repayment from AHE ,one could argue that it was payment on equity and not necessarily a loan payable to owner.

- the auditors for 2006 so far had reclass this to a long term liability and they had requested to get legal advice as I am of the opinion that this is equity and they say it can be interpreted as a loan payable to Belfonti.

I am sure they can help you out in this case.