# EXHIBIT U

### Francisco J. Navarro

| | |
|---|---|
| **From:** | Mervis, Michael [MMervis@proskauer.com] |
| **Sent:** | Thursday, August 21, 2008 12:12 PM |
| **To:** | Matthew I. Menchel; Francisco J. Navarro |
| **Cc:** | Dempsey, Patrick J.; Blinderman, Eric H. |
| **Subject:** | Aruba Hotel Enterprises N.V. v. Belfonti et al 07-cv-07564-PAC |

Counsel - In response to paragraph 4 of Judge Crotty's August 19, 2008 Order, the date of the loan modification agreement is June 23, 2008. We will prepare and circulate a proposed stipulation to address the other aspect of paragraph 4 of the Order.


Michael T. Mervis | PROSKAUER ROSE LLP
Member of the Firm
1585 Broadway | New York, NY 10036-8299
V: 212.969.3565 | F: 212.969.2900 | Mobile: 917.756.9758
mmervis@proskauer.com | www.proskauer.com

*************************************************************
To ensure compliance with requirements imposed by U.S.
Treasury Regulations, Proskauer Rose LLP informs you that
any U.S. tax advice contained in this communication
(including any attachments) was not intended or written to
be used, and cannot be used, for the purpose of (i)
avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any
transaction or matter addressed herein.

*************************************************************
This message and its attachments are sent from a law firm
and may contain information that is confidential and
protected by privilege from disclosure. If you are not the
intended recipient, you are prohibited from printing,
copying, forwarding or saving them. Please delete the
message and attachments without printing, copying,
forwarding or saving them, and notify the sender
immediately.

===========================================================================