UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
ARUBA HOTEL ENTERPRISES N.V.,

        Plaintiff,

  -against-                              **CIVIL ACTION NO.:  07 CV 7564 (PAC)**

MICHAEL BELFONTI, BELFONTI
HOLDINGS LLC, and BELFONTI CAPITAL
PARTNERS, LLC,

        Defendants.

------------------------------------------------- X

## Certificate of Service

This is to certify that on September 5, 2008, copies of (1) Defendants Michael Belfonti, Belfonti Holdings LLC, and Belfonti Capital Partners, LLC's Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Their Cross-Motion for Summary Judgment Denying AHE's Request for a Permanent Injunction (2) the Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 (3) the Affidavit of Francisco J. Navarro in support of the above were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

_____
Jennifer N. Park

Copies to:

Michael T. Mervis
Proskauer Rose LLP
1585 Broadway
New York, NY 10036